# EXHIBIT A



THOMAS JUSTIN VALVA