# EXHIBIT B




RL   Document 1-2   Filed 06/16/20

