# EXHIBIT C


Document 1-3   Filed 06/16/



Document 1-3 Filed 06/1