# Thank You

| | | | |
|---|---|---|---|
| File #: | **Unassigned** | Create Date: | **06/03/2020** |
| Court: | **Suffolk County Surrogate's Court** | Created By: | **JOSEPH ALPHONSO LEDW** |
| Type: | **Administration** | | |
| Decedent: | **THOMAS JUSTIN VALVA** | | |

The NYSCEF site has successfully received your e-filed documents and any requests for Certific Pursuant to Uniform Rule 207.4-aa, a party commencing a mandatory proceeding electronically all other parties with a NOTICE OF COMMENCEMENT OF PROCEEDING SUBJECT TO MANDATOR ELECTRONIC FILING.

Date Filings Received: **06/03/2020**

Filing User: **JOSEPH ALPHONSO LEDWIDGE**

Payment: **VISA/MC** (Transaction Id: 030620A42-C74D7684-74C2-49F9-AB86-0D2A99A8883D

Authorization Code: 02676G)

## File Record

Date of Death: **01/17/2020**

Domicile: **11 BITTERSWEET LANE, CENTER MORICHES, NY 11934**

Estate Value: **Less than $10,000**>

## Documents Filed/Certificates Requested

| Qty | Document/Certificate | Fee | T |
|---|---|---|---|
| 1 | ADMINISTRATION PETITION<br>*PETITION FOR LETTERS OF LIMITED ADMINISTRATION* | $45.00 | |
| 1 | OTHER DOCUMENT<br>*BOND AFFIDAVIT* | $0.00 | |
| 1 | OTHER DOCUMENT<br>*HEIRSHIP AFFIDAVIT AND FAMILY TREE* | $0.00 | |
| 1 | DEATH CERTIFICATE<br>*DEATH CERTIFICATE THOMAS VALVA* | $0.00 | |
| | | **Total Fees:** | |

[Print]  [Main Menu]

**New York State Surrogate's Court**
**NYSBA** New York State Bar Association Official OCA Forms

Form A-1
Petition for Letters of Administration

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF _____SUFFOLK_____

Filing Fee Paid $ _____45.00_____
Certificates Paid $ _____
Trustee Certs. Paid $ _____
Prelim. Certs. Paid $ _____
$ _____ Bond, Fee: $ _____
Receipt No.: _____ No.: _____

ADMINISTRATION PROCEEDING, ESTATE OF
**THOMAS JUSTIN VALVA**
a/k/a

**THOMAS J VALVA, THOMAS VALVA, THOMAS JUSTIN**

Deceased.

**PETITION FOR LETTERS OF:**
☐ Administration
☒ Limited Administration
☐ Administration with Limitations
☐ Temporary Administration

File No. _____

TO THE SURROGATE'S COURT, COUNTY OF _____SUFFOLK_____

It is respectfully alleged:

1. The name, domicile and interest in this proceeding of the petitioner, who is of full age, is as follows:

**Petitioner Information:**

| Name | Citizenship |
|---|---|
| Justyna Zubko-Valva | United States |

| Domicile Address: Street and Number |
|---|
| 350 N. Corona Avenue, Apt 25 |

| City, Village or Town | State | ZIP Code | Country |
|---|---|---|---|
| Valley Stream | New York | 11580 | United States |
| County | Telephone | | |
| Nassau | | | |

Mailing Address: Street and Number *(If different from domicile)*

| City, Village or Town | State | ZIP Code | Country |
|---|---|---|---|

Interest: *(Check One)*   ☒ Distributee **Mother**     ☐ Other

Is proposed Administrator an attorney?  ☐ Yes  ☒ No  [If yes, submit statement pursuant to 22 NYCRR 207.16(e); see also 207.52 (Accounting of attorney-fiduciary).]

The proposed Administrator   ☐ is  ☒ is not  a convicted felon nor is he/she otherwise ineligible, pursuant to SCPA 707 to receive letters. If the proposed Administrator is a convicted felon, submit a copy of the Certificate of Relief from Civil Disabilities.

2. The name, domicile, date and place of death, and national citizenship of the above-named decedent are as follows:

**Decedent Information:**

| Name | Citizenship |
|---|---|
| THOMAS JUSTIN VALVA, a/k/a THOMAS J VALVA, THOMAS VALVA, THOMAS JUSTIN | United States |

**Domicile Address: Street and Number**
11 Bittersweet Lane

| City, Village or Town | State/Province | ZIP Code | Country |
|---|---|---|---|
| Center Moriches | New York | 11934 | United States |

| County | Date of Death | Place of Death |
|---|---|---|
| Suffolk | January 17, 2020 | ER Long Island Community Hospital, Brookhaven Town, NY |

**The Death Certificate must be filed with this proceeding.** If the decedent's domicile is different from that shown on the death certificate, check box ☐ and attach an affidavit explaining the reason for this inconsistency.

3. The estimated gross value of: *[Do not include any assets that are jointly held in trust for another, or have a named beneficiary.]*

| | | |
|---|---|---|
| (a) The decedent's personal property passing by intestacy is less than | $ | 0.00 |
| (b) The decedent's real property, in this state, which is | | |
|     Improved, passing by intestacy, is less than — $ 0.00<br>    Description of each parcel:<br>    N/A | | |
|     Unimproved, passing by intestacy, is less than — $ 0.00<br>    Description of each parcel:<br>    N/A | $ | 0.00 |
| Total | $ | 0.00 |
| (c) The estimated gross rent for a period of eighteen (18) months is the sum of | $ | 0.00 |

    (d) In addition to the value of the personal property stated in paragraph (3) the following right of action existed on behalf of the decedent and survived his/her death, or is granted to the administrator of the decedent by special provision of law, and it is impractical to give a bond sufficient to cover the probable amount to be recovered therein: *[Briefly state the cause of action and the person against whom it exists, including names and carrier.]* ☐ None

**The Decedent is a minor, who was murdered, Decedent's mother is applying for Letters of Limited Administartion to pursue a wrongful death claim and all other matters and/or claims flowing from the wrongful death of the minor against the following possible Defendants including but not limited to: Michael Valva [minor's father], Angela Pollina [father's fiancee], County of Suffolk, Family Court Officials, Social workers, the New York State Municipality and other relevant governmental agencies and/or quasi-governmental agencies and other persons or institutions [individually or otherwise] who are potentially liable for the wrongful death of the minor. The amount to be claimed is currently unknown at this time. See Affirmation of Joseph A. Ledwidge dated 3.20.2020 for further details.**

    (e) If decedent is survived by a spouse and a parent, or parents but no issue, and there is a claim for wrongful death, check here ☐ and furnish name(s) and address(es) of parent(s) in Paragraph 7. *[See EPTL 5-4.4.]*

    4. A diligent search and inquiry, including a search of any safe deposit box, has been made for a will of the decedent and none has been found. Petitioner(s) has/have been unable to obtain any information concerning any will of the decedent and therefore allege(s), upon information and belief, that the decedent died without leaving any last will.

    5. A search of the records of this Court shows that no application has ever been made for letters of administration upon the estate of the decedent or for the probate of a will of the decedent, and your petitioner is informed and verily believes that no such application ever has been made to the Surrogate's Court of any other county of this state.

    6. The decedent left surviving the following who would inherit his/her estate pursuant to EPTL 4-1.1 and 4-1.2: *[Information is required only as to those classes of surviving relatives who would take the property of decedent pursuant to EPTL 4-1.1. State "number" of survivors in each class. Insert "No" in all prior classes. Insert "X" in all subsequent classes.]*

| | | |
|---|---|---|
| a. | NO | Spouse (husband/wife). |
| b. | NO | Child or children or descendants of predeceased child or children. *[Must include marital, nonmarital, and adopted.]* |
| c. | NO | Any issue of the decedent adopted by persons related to the decedent (DRL Section 117). |
| d. | 2 | Mother/Father. |
| e. | X | Sisters or brothers, either of whole or half blood, and issue of predeceased sisters or brothers. |
| f. | X | Grandmother/Grandfather. |
| g. | X | Aunts or uncles, and children of predeceased aunts or uncles (first cousins). |
| h. | X | First cousins once removed (children of first cousins). |

7. The decedent left surviving the following distributees, or other necessary parties, whose names, degrees of relationship, domiciles, post office addresses and citizenship are as follows: *[Show clearly how each person is related to decedent. If relationship is through an ancestor who is deceased, give name, date of death and relationship of the ancestor to the decedent. See Uniform Rules 207.16(b). If person is a nonmarital person, or descended from a nonmarital person, attach a copy of the order of filiation or Schedule A. If person was adopted by any persons related by blood or marriage to decedent or descended from such persons, attach Schedule B.]*

7. (a) The following are of full age and under no disability:

☐ Schedule A — Nonmarital Persons (Persons Born Out of Wedlock) is Attached

☐ Schedule B — Issue of the Decedent Who Were the Subject of an Adoption is Attached

| Name | | | Citizenship |
|---|---|---|---|
| **Justyna Zubko-Valva** | | | **United States** |
| Domicile Address: Street and Number | | | |
| **350 N. Corona Avenue, Apt 25** | | | |
| City, Village or Town | State | ZIP Code | Country |
| **Valley Stream** | **New York** | **11580** | **United States** |
| Mailing Address: Street and Number | | | |
| City, Village or Town | State | ZIP Code | Country |
| Relationship | | | |
| **Mother** | | | |

| Name | | | Citizenship |
|---|---|---|---|
| | | | |
| Domicile Address: Street and Number | | | |
| City, Village or Town | State | ZIP Code | Country |
| Mailing Address: Street and Number | | | |
| City, Village or Town | State | ZIP Code | Country |
| Relationship | | | |

| Name | | | Citizenship |
|---|---|---|---|
| Domicile Address: Street and Number | | | |
| City, Village or Town | State | ZIP Code | Country |
| Mailing Address: Street and Number | | | |
| City, Village or Town | State | ZIP Code | Country |
| Relationship | | | |

| Name | | | Citizenship |
|---|---|---|---|
| Domicile Address: Street and Number | | | |
| City, Village or Town | State | ZIP Code | Country |
| Mailing Address: Street and Number | | | |
| City, Village or Town | State | ZIP Code | Country |
| Relationship | | | |

**Continued on next page.**

7. (b) The following are infants and/or other persons under disability:

☐ Schedule A — Nonmarital Persons (Persons Born Out of Wedlock) is Attached

☐ Schedule B — Issue of the Decedent Who Were the Subject of an Adoption is Attached

☐ Schedule C — Infants is Attached

☒ Schedule D — Persons Under Disability Other than Infants is Attached

| Name | Citizenship |
|---|---|
| **Michael Valva** | **United States** |

| Domicile Address: Street and Number |||||
|---|---|---|---|---|
| **11 Bittersweet Lane** |||||
| City, Village or Town | State | ZIP Code | Country ||
| **Center Moriches** | **New York** | **11934** | **United States** ||

| Mailing Address: Street and Number ||||
|---|---|---|---|
| City, Village or Town | State | ZIP Code | Country |

Relationship
**Father**

| Name | Citizenship |
|---|---|
| | |

| Domicile Address: Street and Number ||||
|---|---|---|---|
| City, Village or Town | State | ZIP Code | Country |

| Mailing Address: Street and Number ||||
|---|---|---|---|
| City, Village or Town | State | ZIP Code | Country |

Relationship

| Name | Citizenship |
|---|---|
| | |

| Domicile Address: Street and Number ||||
|---|---|---|---|
| City, Village or Town | State | ZIP Code | Country |

| Mailing Address: Street and Number ||||
|---|---|---|---|
| City, Village or Town | State | ZIP Code | Country |

Relationship

| Name | Citizenship |
|---|---|
| | |

| Domicile Address: Street and Number ||||
|---|---|---|---|
| City, Village or Town | State | ZIP Code | Country |

| Mailing Address: Street and Number ||||
|---|---|---|---|
| City, Village or Town | State | ZIP Code | Country |

Relationship

8. There are no outstanding debts or funeral expenses, except:   [X] None

9. There are no other persons interested in this proceeding other than those hereinbefore mentioned.

WHEREFORE, your petitioner respectfully prays that:

☐ a. Process issue to all necessary parties to show cause why letters should not be issued as requested;

☐ b. An order be granted dispensing with service of process upon those persons named in Paragraph (7) who have a right to letters prior or equal to that of the person nominated, and who are nondomiciliaries or whose names or whereabouts are unknown and cannot be ascertained;

[X] c. A decree award Letters of:

   ☐ Administration to _____

   [X] Limited Administration to **Justyna Zubko-Valva** _____

   ☐ Administration with Limitation to _____

   ☐ Temporary Administration to _____

   or other such person or persons having prior right as may be entitled thereto, and;

☐ d. That the authority of the representative under the foregoing Letters be limited with respect to the prosecution or enforcement of a cause of action on behalf of the estate, as follows: the administrator(s) may not enforce a judgment or receive any funds without further order of the Surrogate.

[X] e. That the authority of the representative under the foregoing Letters be limited as follows:
Limited to all matters and claims pertaining to the discovery and prosecution of a wrongful death claim and all other matters and/or claims flowing from the wrongful death of the minor against the following possible Defendants including but not limited to: Michael Valva [minor's father], Angela Pollina [father's fiancee], County of Suffolk, Family Court Officials, Social workers, the New York State Municipality and other relevant governmental agencies and/or quasi-governmental agencies and other persons or institutions [individually or otherwise who are potentially liable for the wrongful death of the minor.

   f. Further relief sought (if any):

Dated: _March 21, 2020_

_[Signature]_
**Signature of Petitioner**
**Justyna Zubko-Valva**
Print Name

_____
Signature of Petitioner
_____
Print Name

_____
Name of Corporate Petitioner

By _____
Signature

_____
Print Name

_____
Title

_____
Signature of Petitioner
_____
Print Name

_____
Signature of Petitioner
_____
Print Name

Schedule D — Persons Under Disability Other than Infants

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF **SUFFOLK**

---

ADMINISTRATION PROCEEDING, ESTATE OF

**THOMAS JUSTIN VALVA**

a/k/a

**THOMAS J VALVA, THOMAS VALVA, THOMAS JUSTIN**

Deceased.

**SCHEDULE D
PERSONS UNDER DISABILITY
OTHER THAN INFANTS**

File No. _____

---

**Name**
Michael Valva

**Residence Address: Street and Number**
11 Bittersweet Lane

| City, Village, or Town | State | ZIP Code | Country |
|---|---|---|---|
| Center Moriches | New York | 11934 | United States |

**Relationship**
Father

---

**Incompetent/Incapacitated**

With Whom Does this Person Reside?
**Angela Pollina**

Court-Appointed Fiduciary?
☐ Yes
☐ No

Fiduciary Name

Fiduciary Address

Fiduciary Title

Describe Nature of Disability
**Michael Valva is currently detained at the Suffolk County Correctional Facility. Angela Pollina is his fiancée who is also incarcerated. They lived together at 11 Bittersweet Lane, Center Moriches NY 11934**

Name of Relative/Friend with Interest in Welfare
**Stephanie Valva (Mother of Michael Valva)**

Address
**1109 E Magnum Road, San Tan Valley, AZ 85140-5423**

**Prisoner**

Prison Name
**Suffolk County Correctional Facility
100 Center Drive, Riverhead, New York 11901**

**Unknown**

Description (if known, give name and relationship to decedent)

---

## COMBINED VERIFICATION, OATH AND DESIGNATION
*For use when petitioner is to be appointed administrator*

STATE OF **NEW YORK** }
COUNTY OF **Nassau** } ss.: Lynbrook

I, the undersigned, the petitioner named in the foregoing petition, being duly sworn, say:

1. **VERIFICATION:** I have read the foregoing petition subscribed by me and know the contents thereof, and the same is true of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

2. **OATH OF ADMINISTRATOR** as indicated above: I am over eighteen (18) years of age and a citizen of **the United States**; and I will well, faithfully and honestly discharge the duties of Administrator of the goods, chattels and credits of said decedent according to law. I am not ineligible, pursuant to SCPA 707, to receive letters and will duly account for all moneys and other property that will come into my hands.

3. **DESIGNATION OF CLERK FOR SERVICE OF PROCESS:** I do hereby designate the Clerk of the Surrogate's Court of **Suffolk** County, and his/her successor in office, as a person on whom service of any process, issuing from such Surrogate's Court may be made in like manner and with like effect as if it were served personally upon me, whenever I cannot be found and served within the State of New York after due diligence used.

My domicile is: **350 N. Corona Avenue, Apt 25, Valley Stream, New York 11580**

_____
Signature of Petitioner

**Justyna Zubko-Valva**
Print Name

On the **21** day of **March** in the year **2020** before me, the undersigned, personally appeared, **Justyna Zubko-Valva** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Sworn to before me this
**21** day of **March, 2020**

_____
Notary Public
Commission Expires:
(Affix Notary Stamp or Seal)

LINDA STEPHENSON
Notary Public, State of New York
No. 01ST6141778
Qualified in Nassau County
Commission Expires 2/27/2022

_____   **Joseph A. Ledwidge Esq.**
Signature of Attorney         Print Name of Attorney

**The Law Office of Ledwidge and Associates**          **(718) 276-6656**
Firm Name                                               Telephone

**170 - 26 Cedarcroft Road, Jamaica Estates, New York 11432**    **joseph@ledwidge1.com**
Address                                                           Email *(optional)*

NYSBA's Surrogate's Court Forms A-1 (3/2018)            © 2020 Matthew Bender & Company, Inc., a member of LexisNexis.

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

DOH-1961 (8/2011)

RECORDED DISTRICT: 5151
REGISTER NUMBER: 0229
STATE FILE NUMBER: 131-2020-00006827

**1. NAME:** Thomas Justin Valva
**2. SEX:** Male ☒
**3A. DATE OF DEATH:** 01/17/2020
**3B. HOUR:** 10:28 AM

**4A. PLACE OF DEATH:** Hospital Inpatient ☒
**4C. NAME OF FACILITY:** Long Island Community Hospital
**4D. LOCALITY:** Brookhaven Town
**4E. COUNTY OF DEATH:** Suffolk

**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** No ☒

**5. DATE OF BIRTH:** 09/14/2011
**6A. AGE IN YEARS:** 8 yrs.
**7A. CITY AND STATE OF BIRTH:** Mineola Village, New York

**8. SERVED IN U.S. ARMED FORCES?** No ☒
**9. DECEDENT OF HISPANIC ORIGIN?** A ☒ No; not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** A ☒ White/Caucasian

**11. DECEDENT'S EDUCATION:** 1 ☒ ≤ 8th grade

**12. SOCIAL SECURITY NUMBER:** 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
**13. MARITAL STATUS:** Never Married ☒

**15A. USUAL OCCUPATION:** Grade School Student
**15B. KIND OF BUSINESS OR INDUSTRY:** School
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** Center Moriches School District, New York

**16A. RESIDENCE:** NY
**16B. County:** Suffolk
**16C. LOCALITY:** Brookhaven Town
**16D. STREET AND NUMBER OF RESIDENCE:** 11 Bittersweet Lane
**16E. ZIP CODE:** 11934

**17. BIRTH NAME OF FATHER/PARENT:** Michael Valva
**18. BIRTH NAME OF MOTHER/PARENT:** Justyna Zubko

**19A. NAME OF INFORMANT:** Justyna Zubko
**19B. MAILING ADDRESS:** 350 N Corona Avenue, Valley Stream Village, NY 11580

**20A.** 1 ☒ Burial
**Date:** 01/30/2020
**20B. PLACE OF BURIAL:** St. Charles Cemetery
**20C. LOCATION:** East Farmingdale Hamlet, Suffolk, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Mangano Funeral Home Inc, 1701 Deer Park Avenue, Deer Park Hamlet, NY 11729
**21B. REGISTRATION NUMBER:** 01099

**22A. NAME OF FUNERAL DIRECTOR:** Joseph S Mari
**22B. SIGNATURE:** Joseph S Mari Electronically Signed
**22C. REGISTRATION NUMBER:** 12230

**23A. SIGNATURE OF REGISTRAR:** Donna Lent Electronically Signed
**23B. DATE FILED:** 01/27/2020
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Donna Lent
**24B. DATE ISSUED:** 01/27/2020

---

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Michael Jeffrey Caplan MD, ME
**License No.:** 188131
**Signature:** Michael Jeffrey Caplan MD, ME Electronically Signed
**Date:** 01/18/2020
**Certifier's Title:** 2 ☒ Medical Examiner / Deputy Medical Examiner
**Address:** 725 Veterans Memorial Highway Bldg 487, Hauppauge, NY 11788

**26C. Pronounced Dead:** 01/17/2020 at 10:28 AM

**27. MANNER OF DEATH:** 6 ☒ Pending Investigation
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** Yes ☒
**29A. AUTOPSY?** Yes ☒
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** No ☒

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE:
(A) PENDING FURTHER STUDY
(B) <<<>>>
(C) <<<>>>

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

**DID TOBACCO USE CONTRIBUTE TO DEATH?** 0 ☒ No

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?** No ☒

THIS IS TO CERTIFY THAT THIS IS A TRUE
AND ACCURATE CERTIFIED COPY OF THE
OFFICIAL DOCUMENT ON FILE IN THE
TOWN CLERK'S OFFICE OF THE TOWN OF
BROOKHAVEN, SUFFOLK COUNTY, NY

*Donna Lent*

DONNA LENT, TOWN CLERK & REGISTRAR DATED: 01/28/2020
DO NOT ACCEPT UNLESS THE RAISED SEAL OF
THE TOWN OF BROOKHAVEN IS AFFIXED HEREON

[ 147268 ]

**SURROGATE'S COURT FOR THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

---

ADMINISTRATION PROCEEDING, ESTATE OF

THOMAS JUSTIN VALVA
a/k/a

THOMAS J VALVA, THOMAS VALVA, THOMAS JUSTIN

Deceased.

File No.:

**BOND AFFIDAVIT**

---

**STATE OF NEW YORK** )
) ss.:
**COUNTY OF** )

1. I, **JUSTYNA ZUBKO-VALVA**, being duly sworn, deposes and says that I am over the age of 21 years and resides at 350 N. Corona Avenue, Apt 25, Valley Stream, New York 11580.

2. I am the Decedent's mother and the petitioner in the above-entitled proceeding.

3. Describe in Detail   The Decedent died possessed of no personal asset that form part of his estate.

Describe in Detail   The Decedent died possessed of no real property that formed part of his estate.

If Retired State How Long   At the time of his death, the Decedent was An 8 year old minor.

4. The Decedent had no medical bills at the time of dead.

1

5. The Decedent's funeral was graciously sponsored by the Mangano Funeral Home Inc. Therefore, there is no outstanding funeral expences.

6. The Decedent left no unpaid bills, debts or claims.

7. There are no executions or judgments against the Decedent's estate, nor was he a principal or surety on any unpaid or undischarged bond, undertaking or other obligation.

8. The Decedent, distributee, nor your deponent herein were ever recipients of any Federal, State or Municipal Relief;

9. There are no Federal or State Income or Estate Taxes payable by the estate except.

10. The Petitioner herein is applying for Letters of Limited Administration for the purpose of pursuing a wrongful death claim and all other matters and/or claims flowing from the wrongful death of the Decedent against the following possible Defendants including but not limited to: Michael Valva [minor's father], Angela Pollina [father's fiancee], County of Suffolk, Family Court Officials, Social workers, the New York State Municipality and other relevant governmental agencies and/or quasi-governmental agencies and other persons or institutions [individually or otherwise] who are potentially liable for the wrongful death of the minor.

11. The amount to be recovered from the wrongful death claim and/or all other matters flowing from the wrongful death of the Decedent is virtually impossible to determine in advance.

**WHEREFORE**, your deponent prays, that the filing of a bond by JUSTYNA ZUBKO-VALVA as administrator be dispensed with and that the court grants the deponent's Petition for Limited Letters of Administration in the Estate of Thomas Justin Valva.

*[signature]*
JUSTYNA ZUBKO-VALVA

**STATE OF** New York  )
**COUNTY OF** Nassau  ) ss.: Lynbrook
                      )

On March 21, 2020 before me, the undersigned personally appeared **Justyna Zubko-Valva**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument in the city of Lynbrook.

Sworn to before me this
21 Day of March, 2020

*[signature]*
Notary Public

LINDA STEPHENSON
Notary Public, State of New York
No. 01ST6141778
Qualified in Nassau County
Commission Expires 2/27/20 22

3

**SURROGATE'S COURT FOR THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

| | |
|---|---|
| ADMINISTRATION PROCEEDING, ESTATE OF<br><br>THOMAS JUSTIN VALVA<br>a/k/a<br><br>THOMAS J VALVA, THOMAS VALVA, THOMAS JUSTIN<br><br>Deceased. | File No.:<br><br>**HEIRSHIP AFFIDAVIT** |

**STATE OF NEW YORK** )
                              ) ss.:
**COUNTY OF** Nassau )

I, Ewa Pienkowski being duly sworn, depose and say that:

- I am over the age of 21 years and I reside at 2010 Freeman Ave, East Meadow, NY 11554.

- I am the close friend of Justyna Zubko-Valva who is the mother of Decedent Thomas Valva.

- I have known Thomas' parents for more than 13 years and have known Thomas and his brothers Andrew and Anthony for their entire life, therefore, I am qualified to give the information contained in this affidavit.

- Thomas passed away January 17, 2020 and at the time of his death he was an infant,

1

eight (8) years of age. He was therefore an unmarried minor without children natural or adopted, predeceased or surviving.

• He was survived by his parents, Michael Valva [father] and Justyna Zubko-Valva [mother].

• Thomas' parents had a civil marriage ceremony on or about August 20, 2004 and a religious ceremony on or about June 19, 2005.

• Michael Valva [father] filed for divorce from Justyna Zubko-Valva [mother] in December 2015.

EWA PIENKOWSKI

**STATE OF NEW YORK )**
) ss.:
**COUNTY OF** Nassau )

On March 21, 2020 before me, the undersigned personally appeared Ewa Pienkowski, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted and executed the instrument.

Sworn to before me this
21 Day of March, 2020

Notary Public

ELKE BEDER
Notary Public - State of New York
No. 01BE6392833
Qualified in Nassau County
My Commission Expires June 03, 2023

2

## FAMILY TREE

Cross Out Class
That Is Not
Applicable

**Parents**

Justyna Zubko-Valva [mother]

Michael Valva [Father]

**THOMAS JUSTIN VALVA**
Decedent
[8 year old minor]

Name of Spouse _____

☐ Deceased _____ Date

☐ Divorced _____ Date

☒ Never Married

STATE OF _____NEW YORK_____
COUNTY OF _____Nassau_____

_____Ewa Bentowski_____ being duly sworn, states that the charts contained on this paper are correct.

Sworn to before me on __21 March 2020__

_____
NOTARY PUBLIC

ELKE BEDER
Notary Public - State of New York
No. 01BE6392833
Qualified in Nassau County
My Commission Expires June 03, 2023

NYSBA's Surrogate's Court Forms FT-1

*NOTE: Complete reverse side of family tree form also.*

© 2020 Matthew Bender & Company, Inc., a member of LexisNexis.