UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X   Civ. No. 20-Civ-02663-JMA-ARL
JUSTYNA ZUBKO-VALVA, as Mother and Natural
Guardian of ANTHONY VALVA and ANDREW VALVA,
and as Administratrix of the Estate of THOMAS VALVA
and JUSTYNA ZUBKO-VALVA individually,

                              Plaintiff(s),

   -against-

**NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12 (b) (6)**

THE COUNTY OF SUFFOLK, CPS SENIOR CASEWORKER
MICHELE CLARK, Individually and in her Official Capacity,
CPS SUPERVISOR EDWARD HEEPE, Individually and in his
Official Capacity, CPS ASSISTANT DIRECTOR ROBERT LETO,
Individually and in his Official Capacity, CPS INVESTIGATOR
JENNIFER LANTZ, Individually and in her Official Capacity, CPS
INVESTIGATOR MELISSA ESTRADA, Individually and in her
Official Capacity, CPS INVESTIGATOR LYDIA SABOSTO,
Individually and in her Official Capacity, CPS SUPERVISOR
JEAN MONTAGUE, individually and in her Official Capacity,
DEPARTMENT OF SOCIAL SERVICES COUNTY ATTORNEY
RANDALL RATJE, ESQ., Individually and in his Official Capacity,
ATTORNEY FOR CHILDREN DONNA MCCABE, ESQ., Individually
and in her Official Capacity, THE LAW OFFICE OF DONNA
MCCABE, SHANA CURTI, ESQ., Individually and in her Official
Capacity, ORSETTI & CURTI PLLC, EAST MORICHES UNION
FREE SCHOOL DISTRICT, PRINCIPAL EDWARD SCHNEYER,
Individually and in his Official Capacity, SCHOOL
SUPERINTENDENT CHARLES RUSSO, Individually and in his
Official Capacity, HOPE SCHWARTZ ZIMMERMAN, Individually,
ATTORNEY FOR CHILDREN ETHAN HALPERN, ESQ, Individually
and in his Official Capacity, THE LEGAL AID SOCIETY of SUFFOLK
COUNTY, INC., CHILDREN'S LAW BUREAU, MICHAEL VALVA,
and ANGELA POLLINA,

                              Defendant(s).
----------------------------------------------------------------------X

| | |
|---|---|
| **MOTION BY**: | MONTFORT, HEALY, McGUIRE & SALLEY LLP<br>Michael J. Boranian, Esq. (MB 1576) and<br>Joseph R. Crafa, Esq., Of Counsel (JRC 8092)<br>Attorneys for Defendant(s), ATTORNEY FOR CHILDREN DONNA MCCABE, ESQ., Individually and in her Official Capacity and THE LAW OFFICE OF DONNA MCCABE<br>840 Franklin Avenue<br>P.O. Box 7677<br>Garden City, New York 11530-7677<br>(516) 747-4082 |
| **DATE, TIME & PLACE OF HEARING**: | In accordance with the Briefing Schedule entered on October 22, 2020. |
| **SUPPORTING PAPERS**: | Affidavit of Donna McCabe, ESQ. dated December 15, 2020, exhibits annexed thereto and the accompanying Memorandum of Law |
| **RELIEF DEMANDED**: | An Order, pursuant to FRCP 12(b) (6) dismissing plaintiff's complaint in its entirety as against Attorney for Children Donna McCabe, Esq., Individually and in her Official Capacity and The Law Office of Donna McCabe as plaintiff's complaint fails to state a cause of action upon which relief can be granted as a matter of law. |
| **OTHER RELIEF**: | Such other and further relief as to this Court may seem just, proper and equitable in the premises. |
| **ORAL ARGUMENT:** | It is respectfully requested that the Court permit Oral Argument of the within motion at the time all motion papers, opposition and reply are submitted. |

Dated:  Garden City, New York
        December 15, 2020

Yours, etc.,

MONTFORT, HEALY, McGUIRE & SALLEY LLP

BY: _____
    Michael J. Boranian, Esq. (MB 1576) and

    _____
    Joseph R. Crafa, Esq., Of Counsel (JRC 8092)

Attorneys for Defendant(s), ATTORNEY FOR CHILDREN
DONNA MCCABE, ESQ., Individually and in her Official
Capacity and THE LAW OFFICE OF DONNA MCCABE
840 Franklin Avenue
P.O. Box 7677
Garden City, New York 11530-7677
jrcrafa@optonline.net
(516) 747-4082

TO:

**Plaintiff**

**Justyna Zubko-Valva**
*as Mother and Natural Guardian of
Anthony Valva and Andrew Valva, and as
Administratrix of the Estate of Thomas
Valva*

represented by **Jin-Young Han**
Law Offices of Jin Han, P.C.
100 Park Avenue
Suite 1600
New York, NY 10017
917-701-7976
Email: jinhan@jinhanlaw.com
*ATTORNEY TO BE NOTICED*

**John Joseph Meehan**
Law Offices of Jon L. Norinsberg, Esq.
110 East 59th Street
Suite 3200
New York, NY 10022
212-791-5396
Fax: 212-406-6890
Email: jmeehan@norinsberglaw.com
*ATTORNEY TO BE NOTICED*

**Jon L. Norinsberg**
Jon L. Norinsberg, Esq.
110 East 59th Street
Suite 3200
New York, NY 10022
212-791-5396
Fax: 212-406-6890
Email: jon@norinsberglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**The County of Suffolk**     represented by **Brian C Mitchell**
Suffolk County Dept. of Law-County Attorney
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788
631-853-4055
Fax: 631-853-5833
Email: brian.mitchell@suffolkcountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CPS Senior Caseworker Michele Clark**
*Individually and in her Official Capacity*     represented by **Brian C Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CPS Supervisor Edward Heepe**
*Individually and in his Official Capacity*     represented by **Brian C Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CPS Assistant Director Robert Leto**
*Individually and in his Official Capacity*     represented by **Brian C Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CPS Investigator Jennifer Lantz**
*Individually and in her Official Capacity*     represented by **Brian C Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CPS Investigator Melissa Estrada**
*Individually and in her Official Capacity*     represented by **Brian C Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CPS Investigator Lydia Sabosto**
*Individually and in her Official Capacity*

represented by **Brian C Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CPS Supervisor Jean Montague**
*Individually and in her Official Capacity*

represented by **Brian C Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Social Services County Attorney Rand Ratje, Esq.**
*Individually and in his Official Capacity*

represented by **Brian C Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shana Curti, Esq.**
*Individually and in her Official Capacity*

represented by **Gregg D. Weinstock**
Vigorito, Barker, Patterson, Nichols & Porter LLP
300 Garden City Plaza
Ste 308
Garden City, NY 11530
516-282-3355
Fax: 516-908-4960
Email: g.weinstock@vbpnplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna I. Hock**
Vigorito, Barker, Patterson, Nichols & Porter, LLP
300 Garden City Plaza
Suite 308
Garden City, NY 11530
516-282-3355
Email: a.hock@vbpnplaw.com
*ATTORNEY TO BE NOTICED*

**Joseph Paul Muscarella**
109-15 Queens Boulevard

        Apt. 5B
        Forest Hills, NY 11375
        516-673-5969
        Email: j.muscarella@vbpnplaw.com
        *ATTORNEY TO BE NOTICED*

        **Karolina Maria Wiaderna**
        Vigorito, Barker, Patterson, Nichols & Porter, LLP
        300 Garden City Plaza
        Ste 308
        Garden City, NY 11530
        347-546-4381
        Fax: 516-908-4960
        Email: k.wiaderna@vbpnplaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**
**Orsetti & Curti PLLC**    represented by   **Gregg D. Weinstock**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Anna I. Hock**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Joseph Paul Muscarella**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Karolina Maria Wiaderna**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**
**East Moriches Union Free School District**    represented by   **Christine Gasser**
        Congdon, Flaherty, O'Callaghan, Reid, Donlon, Travis and Fishlinger
        333 Earle Ovington Boulevard
        Uniondale, NY 11553
        516-542-5900
        Fax: 516-542-5912
        Email: cgasser@cfolegal.com
        *LEAD ATTORNEY*

        *ATTORNEY TO BE NOTICED*

        **Laura A. Endrizzi**
Congdon, Flaherty, O'Callaghan, Reid, Donlon, Travis
333 Earle Ovington Boulevard
5th Floor
Uniondale, NY 11553
516-542-5900
Fax: 516-542-5912
Email: LEndrizzi@CFOlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Principal Edward Schneyer**
*Individually and in his Official Capacity*

represented by **Christine Gasser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura A. Endrizzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**School Superintendent Charles Russo**
*Individually and in his Official Capacity*

represented by **Christine Gasser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura A. Endrizzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Hope Schwartz Zimmerman**
*Individually*

represented by **Lori L. Pack**
Office of the New York State Attorney General
300 Motor Parkway
Suite 205
Hauppauge, NY 11788
(631) 231-2177
Fax: (631) 435-4757
Email: lori.pack@ag.ny.gov

*ATTORNEY TO BE NOTICED*

**Defendant**
**Attorney For Children Ethan Halpern, Esq.**
*Individually and in his Official Capacity*

represented by **Jonathan B. Bruno**
Rivkin Radler LLP
477 Madison Ave
20th Floor
New York, NY 10022
212-455-9554
Fax: 212-687-9044
Email: jonathan.bruno@rivkin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Lynn Vizzi**
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556
516-357-3000
Email: michelle.vizzi@rivkin.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**The Legal Aid Society of Suffolk County, Inc.**

represented by **Jonathan B. Bruno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Lynn Vizzi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Childrens Law Bureau**

**Defendant**
**Michael Valva**

**Defendant**
**Angela Pollina**