LDSS-2221A (Rev. 09/2016) FRONT
**NEW YORK STATE**
**OFFICE OF CHILDREN AND FAMILY SERVICES**
**REPORT OF SUSPECTED**
**CHILD ABUSE OR MALTREATMENT**

James McGrath
REPORT DATE: 9/27/18
TIME: 3:45 PM
CASE ID:
CALL ID: 32176908
LOCAL CASE #:
LOCAL DIST./AGENCY:

### SUBJECTS OF REPORT

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | I. | C. | | F | /08 | WH | ☐ | CH | MA | EN |
| 2. | I. | M. | | F | /08 | WH | ☐ | CH | MA | EN |
| 3. | G. | G. | | F | /11 | WH | ☐ | CH | UK | EN |
| 4. | Valva | Anthony | | M | /09 | WH | ☐ | CH | MA | EN |
| 5. | Valva | Thomas | | M | /11 | WH | ☐ | CH | MA | EN |
| 6. | Valva | Andrew | | M | /13 | WH | ☐ | CH | UK | EN |
| 7. | Valva | Micheal | | M | | WH | ☐ | PA | AS | EN |
| | Pollina-Valva | Angela | | F ☑MORE | | WH | ☐ | PS | AS | EN |

List addresses and telephone numbers (using the numbers from above)
11 Bittersweet Lane
Center Moriches N.Y. 11934

Angela Mom/Step Mom (516) 551-8869
Micheal Dad/Step Dad (516) 582-3419

### BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

- ___ DOA/fatality
- ___ Fractures
- ___ Internal injuries (e.g., subdural hematoma)
- ___ Lacerations/bruises/welts
- ___ Burns/scalding
- ___ Excessive corporal punishment
- ___ Child's drug/alcohol use
- ___ Poisoning/noxious substances
- ___ Choking/twisting/shaking
- ___ Lack of medical care
- ___ Malnutrition/failure to thrive
- ___ Sexual abuse
- ___ Inadequate guardianship
- ✓ Other (specify) lack of food or medical attention to weight
- ___ Swelling/dislocation/sprains
- ___ Educational neglect
- ___ Emotional neglect
- ___ Inadequate food/clothing/shelter
- ✓ Lack of supervision
- ___ Abandonment
- ___ Parent's drug/alcohol misuse

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

See attached ✓

(If known, give time/date of alleged incident)
MO:
DAY:
YR:
Time:  ☑ AM ☐ PM

☑ Additional sheet attached with more explanation.  The Mandated Reporter Requests Finding of Investigation ☑ YES ☐ NO

### CONFIDENTIAL — SOURCE(S) OF REPORT — CONFIDENTIAL

NAME: Renee Emin
(Area Code) TELEPHONE: (631) 878-0162 ex 363
ADDRESS: 523 Montauk Hwy East Moriches
AGENCY/INSTITUTION: East Moriches Union Free School Dis.
RELATIONSHIP:
- ___ Med. exam/coroner
- ___ Social services
- ___ Physician
- ___ Public health
- ___ Hosp. staff
- ___ Mental health
- ___ Law enforcement
- ✓ School staff
- ___ Neighbor
- ___ Other (specify)
- ___ Relative
- ___ Instit. staff

For use by Physicians only:
MEDICAL DIAGNOSIS ON CHILD: X
SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD: (AREA CODE) TELEPHONE NO.: ( )
Hospitalization required: ☑ None ☐ Under 1 week ☐ 1-2 weeks ☐ Over 2 weeks

Actions taken or to be taken:
- ☐ Medical exam
- ☐ Photographs
- ☑ X-ray
- ☐ Hospitalization
- ☐ Removal/keeping
- ☐ Returning home
- ☐ Notify medical examiner/coroner
- ☐ Notified DA

SIGNATURE OF PERSON MAKING THIS REPORT: X
TITLE: School Psychologist
DATE SUBMITTED mo, day, yr: 9/28/18

9/27/18

-Recently Mr. Valva has reached out to the teachers and myself to discuss Thomas and Anthony. According to Mr. Valva and Angela the boys have been having many accidents over the last year, defecating and urinating throughout the day and night to the point Thomas and Anthony need to wear pull ups to school. Thomas had an accident on the bus yesterday and I chose to speak with him because in previous years Thomas never had a toileting issue in school nor did he wear pull ups. Thomas has had a total of 3 accidents in school this year.

During my discussion with Thomas he shared that in order to receive food he must ask for food and in order to use the bathroom he must ask to use the bathroom. According to Thomas the only time he is able to use the bathroom without asking is first thing in the morning. Thomas said he needs to wear pull-ups because he is a baby. Again Thomas never whore pull-ups last year and if he had any accidents they were very much infrequent.

During our meeting Thomas was asking for food repeating that he is very hungry. I asked Thomas if he ate breakfast and he said yes. We began to talk about meals at home and evening routine. Thomas said he is home alone with his two older sisters Delana (10years old) and Milana (10yrs old). I asked Thomas how long he is home with them and he said for a long time. I made reference to his favorite T.V. show Titan's and Thomas said he is home alone with his sisters longer than Titan's and that they are able to watch multiple shows before Angela or Dad come home. I asked if it is still day time when Angela or Dad come home and Thomas said no it is dark out.

Other concerns:
-Anthony has lost 20lbs in 1 year. He weighed 72lbs in August 2017 and now weighs 52lbs. Mr. Valva reports the weight lost is due to increased activity. If this is true then Anthony should have increased stamina for physical activity, muscle development. Anthony and Thomas are very thin and always hungry. Anthony has become more socially withdrawn and has a decrease in his language skills since last school year.
-Mr. Valva does not seem to understand how Thomas and Anthony's disabilities will impact the production of their speech or how anxiety can impair.
-Anthony and Thomas are diagnosed with autism, Anthony is more impaired.
-The biological mother has reached out to me with a great deal of information that she should be giving to an attorney. She is desperate to have custody of her boys returned to her and feels that Mr. Valva is abusing his power as a police officer to manipulate people and the system.
- I have told Mr. Valva numerous times to speak in great detail with the family pediatrician regarding both Anthony and Thomas weight and incontinence.
-There is currently an open CPS case and Jessica Alanza is the current case worker (631)852-3678.

LDSS-2221A (Rev. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A *(IF NEEDED)*

# REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| TIME : ☐ AM ☐ PM | LOCAL CASE # | LOCAL DIST/AGENCY |

PERSON MAKING THIS REPORT: _____

Print clearly if filling out hard copy.

| *Continued:* State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem. | (If known, give time/date of alleged incident) MO DAY YR  Time : ☐ AM ☐ PM |
|---|---|
| | |

LDSS-2221A (Rev. 09/2016) FRONT

**NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES**
**REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT**

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 1/16/19 | | 32354875 |
| TIME 2:29 ☐ AM ☒ PM | LOCAL CASE # | LOCAL DIST./AGENCY |

## SUBJECTS OF REPORT

List all children in household, adults responsible and alleged subjects.

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Michael | | m | ~40 | WH | ☐ | PA | AS | EN |
| 2. | Pollina | Angela | | f | ~40 | WH | ☐ | PS | AS | EN |
| 3. | I | M | | f | /08 | WH | ☐ | CH | UK | EN |
| 4. | I | D | | f | /08 | WH | ☐ | CH | UK | EN |
| 5. | Valva | Anthony | | m | /09 | WH | ☐ | CH | UK | EN |
| 6. | Valva | Thomas | | m | /11 | WH | ☐ | CH | AB | EN |
| 7. | Valva | Andrew | | m | /13 | WH | ☐ | CH | UK | EN |

☒ MORE

| List addresses and telephone numbers (using line numbers from above) | (Area code) Telephone No. |
|---|---|
| 11 Bittersweet Lane, Center Moriches, NY 11934 | 5165823419 |

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

- ___ DOA/fatality
- ___ Fractures
- ___ Internal injuries (e.g., subdural hematoma)
- 6 Lacerations/bruises/welts
- ___ Burns/scalding
- ___ Excessive corporal punishment
- ___ Child's drug/alcohol use
- ___ Poisoning/noxious substances
- ___ Choking/twisting/shaking
- ___ Lack of medical care
- ___ Malnutrition/failure to thrive
- ___ Sexual abuse
- ___ Inadequate guardianship
- ___ Other (specify) ___
- ___ Swelling/dislocation/sprains
- ___ Educational neglect
- ___ Emotional neglect
- ___ Inadequate food/clothing/shelter
- ___ Lack of supervision
- ___ Abandonment
- ___ Parent's drug/alcohol misuse

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem. Please see attached.

(If known, give time/date of alleged incident)
MO 1
DAY 15
YR 2019
Time : ☐ AM ☒ PM

☒ Additional sheet attached with more explanation. | The Mandated Reporter Requests Finding of Investigation ☒ YES ☐ NO

## CONFIDENTIAL — SOURCE(S) OF REPORT — CONFIDENTIAL

| NAME | (Area Code) TELEPHONE | NAME | (Area Code) TELEPHONE |
|---|---|---|---|
| Edward Schneyer | 6318780162 | Michelle Romano | 6318780162 |
| **ADDRESS** 523 Montauk Hwy, East Moriches, NY 11940 | | **ADDRESS** 523 Montauk Hwy, East Moriches, NY 11940 | |
| **AGENCY/INSTITUTION** East Moriches Elementary School | | **AGENCY/INSTITUTION** East Moriches Elementary School | |

**RELATIONSHIP**

___ Med. exam/coroner   ___ Physician   ___ Hosp. staff   ___ Law enforcement   ___ Neighbor   ___ Relative   ___ Instit. staff
___ Social services   ___ Public   ___ Mental health   X School staff   ___ Other (specify)

| For use by Physicians only | MEDICAL DIAGNOSIS ON CHILD | SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD X | (AREA CODE) TELEPHONE NO. ( ) |
|---|---|---|---|
| | Hospitalization required: ☐ None | ☐ Under 1 week  ☐ 1-2 weeks | ☐ Over 2 weeks |

| Actions taken or About to be taken | ☐ Medical exam  ☐ Photographs | ☐ X-ray  ☐ Hospitalization | ☐ Removal/keeping  ☐ Returning home | ☐ Notify medical examiner/coroner  ☐ Notified DA |
|---|---|---|---|---|

| SIGNATURE OF PERSON MAKING THIS REPORT: X | TITLE Principal | DATE SUBMITTED mo. day yr. 1 / 16 / 2019 |
|---|---|---|

2221A (Rev. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A *(IF NEEDED)*

# REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 1/16/2019 | | 32354875 |
| TIME 2:29 ☐ AM ☒ PM | LOCAL CASE # | LOCAL DIST/AGENCY |

**PERSON MAKING THIS REPORT:** Edward Schneyer

**Print clearly if filling out hard copy.**

*Continued:* State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

*Thomas came into school with a suspicious bruise on swollen right eye that was not there the afternoon of the day before. Child gave conflicting stories of when and how the injury occurred. First stated that he fell in gym yesterday, however the class did not have gym yet this week. He then stated that he did not know but that he may have fell on Saturday. Later he stated that he thinks it occurred in the kitchen on Tuesday. Dad was made aware of the bruise and stated that he noticed it this morning and the child told him that he fell at recess the day before. Suspicious injury due to conflicting explanations and previous case regarding abuse.*

*Also noted, older brother Anthony began screaming in class today when asked to see the nurse for a stye that was bothering him, stating that he has been told that he is not allowed to go to the nurse. Father was also made aware, and assured that he is allowed to go to the nurse.*

(If known, give time/date of alleged incident)
MO 1
DAY 15
YR 2019
Time    :    ☐ AM ☒ PM

LDSS-2221A (Rev. 09/2016) FRONT
**NEW YORK STATE**
**OFFICE OF CHILDREN AND FAMILY SERVICES**
**REPORT OF SUSPECTED**
**CHILD ABUSE OR MALTREATMENT**

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 2/27/19 | | 32423682 |
| TIME ☐ AM | LOCAL CASE # | LOCAL DIST./AGENCY |
| 3:19 ☐ PM | | |

## SUBJECTS OF REPORT

List all children in household, adults responsible and alleged subjects.

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Michael | | m | ~40 | WH | ☐ | PA | AS | EN |
| 2. | Pollina | Angela | | f | ~40 | WH | ☐ | PS | AS | EN |
| 3. | I | M | | f | /08 | WH | ☐ | CH | UK | EN |
| 4. | I | D. | | f | /08 | WH | ☐ | CH | UK | EN |
| 5. | Valva | Anthony | | m | '09 | WH | ☐ | CH | MA | EN |
| 6. | Valva | Thomas | | m | 11 | WH | ☐ | CH | UK | EN |
| 7. | Valva | Andrew | | m | '13 | WH | ☐ | CH | UK | EN |

☒ MORE

List addresses and telephone numbers (using line numbers from above)
11 Bittersweet Lane, Center Moriches NY 11934

(Area code) Telephone No.
5165823419

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

| | | |
|---|---|---|
| ___ DOA/fatality | ___ Poisoning/noxious substances | ___ Swelling/dislocation/sprains |
| ___ Fractures | ___ Choking/twisting/shaking | ___ Educational neglect |
| ___ Internal injuries (e.g., subdural hematoma) | ___ Lack of medical care | ___ Emotional neglect |
| ___ Lacerations/bruises/welts | 5  Malnutrition/failure to thrive | ___ Inadequate food/clothing/shelter |
| ___ Burns/scalding | ___ Sexual abuse | ___ Lack of supervision |
| ___ Excessive corporal punishment | ___ Inadequate guardianship | ___ Abandonment |
| ___ Child's drug/alcohol use | ___ Other (specify) ___ | ___ Parent's drug/alcohol misuse |

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO 2
DAY 27
YR 19
Time 3:19 ☐ AM ☒ PM

☒ Additional sheet attached with more explanation.    The Mandated Reporter Requests Finding of Investigation    ☒ YES    ☐ NO

**CONFIDENTIAL**  SOURCE(S) OF REPORT  **CONFIDENTIAL**

| NAME | (Area Code) TELEPHONE | NAME | (Area Code) TELEPHONE |
|---|---|---|---|
| Jennifer Holborrow | 6318780162 | Edward Schneyer | 6318780162 |
| ADDRESS | | ADDRESS | |
| 523 Montauk Hwy, East Moriches NY 11940 | | 523 Montauk Hwy, East Moriches NY 11940 | |
| AGENCY/INSTITUTION | | AGENCY/INSTITUTION | |
| East Moriches Elementary School | | East Moriches Elementary School | |

**RELATIONSHIP**

___ Med. exam/coroner   ___ Physician   ___ Hosp. staff   ___ Law enforcement   ___ Neighbor   ___ Relative   ___ Instit. staff
___ Social services   ___ Public   ___ Mental health   X School staff   ___ Other (specify)

| For use by Physicians only | MEDICAL DIAGNOSIS ON CHILD | SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD  X | (AREA CODE) TELEPHONE NO. ( ) |
|---|---|---|---|
| | Hospitalization required: ☐ None | ☐ Under 1 week    ☐ 1-2 weeks | ☐ Over 2 weeks |

| Actions taken or About to be taken | ☐ Medical exam   ☐ X-ray | ☐ Removal/keeping | ☐ Notify medical examiner/coroner |
| | ☐ Photographs   ☐ Hospitalization | ☐ Returning home | ☐ Notified DA |

| SIGNATURE OF PERSON MAKING THIS REPORT: X | TITLE Teacher/Principal | DATE SUBMITTED mo. day yr. 2/27/2019 |

LDSS-2221A (Rev. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A *(IF NEEDED)*

# REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 2.27/19 | | 32423682 |

| TIME | ☐ AM ☐ PM | LOCAL CASE # | LOCAL DIST/AGENCY |
|---|---|---|---|
| 3:19 | | | |

**PERSON MAKING THIS REPORT:** Jenna Holborow / Edward Schneyer

**Print clearly if filling out hard copy.**

*Continued:* State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

On 2/7/19 parent was called with the weight loss concerns for Anthony. Since January 2019, they have also received emails from the school regarding not having enough food for snack, his change in emotional behavior, and how he visually appears to be losing weight. Nurse completed a weight check, and that the doctor's office confirmed that his weight (57lbs) was considered underweight. Parents encouraged to schedule doctor appointment.

On 2/8/19 Anthony came to school late because he had an accident at home.

On 2/25/19 Anthony arrived at school with a wet jacket and backpack that smelled of urine.

On 2/27/19 Anthony arrived at school wet pants socks and shoes with the smell of urine. Bus driver stated there was no urine on the bus after exiting in the morning. Child shaking and indicated having to stay in the garage for unknown amount of time.

(If known, give time/date of alleged Incident)
MO 2
DAY 27
YR 2019
Time   :   ☐ AM ☐ PM