Joseph Izzo

# NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES
## REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT

LDSS-2221A (Rev. 09/2016) FRONT

REPORT DATE: 3-12-19
TIME: 3:04 PM
CASE ID:
CALL ID: 32445944
LOCAL CASE #:
LOCAL DIST./AGENCY:

### SUBJECTS OF REPORT

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Anthony | | M | -09 | | ☐ | | | |
| 2. | Valva | Thomas | | M | | | ☐ | | | |
| 3. | Valva | Andrew | | M | | | ☐ | | | |
| 4. | | | | | | | ☐ | | | |
| 5. | | | M | | | | ☐ | | | |
| 6. | | | | | | | ☐ | | | |
| 7. | Valva / Pollina | Michael / Angela | | | | | ☐ | | | |

☐ MORE

List addresses and telephone numbers (using line numbers from above)
(Area code) Telephone No.

### BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

- ___ DOA/fatality
- ___ Fractures
- ___ Internal injuries (e.g., subdural hematoma)
- ___ Lacerations/bruises/welts
- ___ Burns/scalding
- ___ Excessive corporal punishment
- ___ Child's drug/alcohol use
- ___ Poisoning/noxious substances
- ___ Choking/twisting/shaking
- ___ Lack of medical care
- ___ Malnutrition/failure to thrive
- ___ Sexual abuse
- ___ Inadequate guardianship
- ___ Other (specify) _____
- ___ Swelling/dislocation/sprains
- ✓ Educational neglect
- ✓ Emotional neglect
- ___ Inadequate food/clothing/shelter
- ___ Lack of supervision
- ___ Abandonment
- ___ Parent's drug/alcohol misuse

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

Child displayed behavior unlike himself due to parental stress →

(If known, give time/date of alleged incident)
MO: March
DAY: 11
YR: 2019
Time: 2:15 ☐ AM ☒ PM

✓ Additional sheet attached with more explanation.
The Mandated Reporter Requests Finding of Investigation ☒ YES ☐ NO

### CONFIDENTIAL SOURCE(S) OF REPORT

NAME: Nicole Papa
(Area Code) TELEPHONE: 631-878-0102
ADDRESS: 523 Montauk Hwy, E. Moriches
AGENCY/INSTITUTION: East Moriches UFSD

RELATIONSHIP:
- ___ Med. exam/coroner
- ___ Physician
- ___ Hosp. staff
- ✓ Law enforcement
- ___ Neighbor
- ___ Relative
- ___ Instit. staff
- ___ Social services
- ___ Public health
- ___ Mental health
- ✓ School staff
- ___ Other (specify)

### For use by Physicians only

MEDICAL DIAGNOSIS ON CHILD: X
SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD:
(AREA CODE) TELEPHONE NO.: ( )

Hospitalization required: ☐ None ☐ Under 1 week ☐ 1-2 weeks ☐ Over 2 weeks

Actions taken or About to be taken:
- ☐ Medical exam
- ☐ X-ray
- ☐ Removal/keeping
- ☐ Notify medical examiner/coroner
- ☐ Photographs
- ☐ Hospitalization
- ☐ Returning home
- ☐ Notified DA

SIGNATURE OF PERSON MAKING THIS REPORT: X
TITLE:
DATE SUBMITTED mo. day yr.

To: Office of Children and Family Services  3/15/19

LDSS-2221A (Rev. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A (IF NEEDED)

**REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT**

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 3-12-19 | | 32445944 |

| TIME | LOCAL CASE # | LOCAL DIST/AGENCY |
|---|---|---|
| 304 PM | | |

PERSON MAKING THIS REPORT: **Nicole Papa**

Print clearly if filling out hard copy.

**Continued:** State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO March
DAY 11
YR 2019
Time 12:15 PM

Anthony asked to get off the computer because the period was over. He became upset, ripped his multiplication chart & threw it in the garbage & was yelling & crying. He said -
"I love my mom + dad",
"I am done with this pace", "I don't have to listen to you" and "I want to go home with mom+dad. I spoke to him and calmed him down. - This behavior has never occurred in the almost 2 years I know him. These are not words he would normally use.

LDSS-2221A (Rev. 09/2016) FRONT
**NEW YORK STATE**
**OFFICE OF CHILDREN AND FAMILY SERVICES**
**REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT**

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 3-13-19 | | 32448839 |

| TIME | AM ☐ | LOCAL CASE # | LOCAL DIST./AGENCY |
|---|---|---|---|
| 5:54 | PM ☒ | | |

### SUBJECTS OF REPORT

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Michael | | m | ~40 | WH | ☐ | PA | AS | EN |
| 2. | Pollina | Angela | | f | ~40 | WH | ☐ | PS | AS | EN |
| 3. | [illegible] | M | | f | /08 | WH | ☐ | CH | UK | EN |
| 4. | [illegible] | D[illegible] | | f | /08 | WH | ☐ | CH | UK | EN |
| 5. | Valva | Anthony | | m | 09 | WH | ☐ | CH | MA | EN |
| 6. | Valva | Thomas | | m | /11 | WH | ☐ | CH | UK | EN |
| 7. | Valva | Andrew | | m | /13 | WH | ☐ | CH | UK | EN |

☒ MORE

| List addresses and telephone numbers (using line numbers from above) | (Area code) Telephone No. |
|---|---|
| 11 Bittersweet Ln. Center Moriches, NY 11934 | 5165823419 |

### BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

| | | | | | |
|---|---|---|---|---|---|
| ___ | DOA/fatality | ___ | Poisoning/noxious substances | ___ | Swelling/dislocation/sprains |
| ___ | Fractures | ___ | Choking/twisting/shaking | ___ | Educational neglect |
| ___ | Internal Injuries (e.g., subdural hematoma) | ___ | Lack of medical care | 5 | Emotional neglect |
| ___ | Lacerations/bruises/welts | 5 | Malnutrition/failure to thrive | 5 | Inadequate food/clothing/shelter |
| ___ | Burns/scalding | ___ | Sexual abuse | 5 | Lack of supervision |
| ___ | Excessive corporal punishment | ___ | Inadequate guardianship | ___ | Abandonment |
| ___ | Child's drug/alcohol use | ___ | Other (specify) ___ | ___ | Parent's drug/alcohol misuse |

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem. Child refused to get off the bus. Once in the classroom, he stated that he had not had breakfast because he was just sitting there doing nothing. When asked where he was, he said "on the mattress". When asked where the mattress was, he said "in the garage". When asked if someone was with him, he said he was alone. When asked if it was

(If known, give time/date of alleged incident)
MO 3
DAY 11
YR 19
Time : ☐ AM ☐ PM

☒ Additional sheet attached with more explanation.  The Mandated Reporter Requests Finding of Investigation   ☒ YES  ☐ NO

### SOURCE(S) OF REPORT — CONFIDENTIAL

| NAME | (Area Code) TELEPHONE | NAME | (Area Code) TELEPHONE |
|---|---|---|---|
| Jennifer Holborow | 6318780162 | | |
| ADDRESS | | ADDRESS | |
| 523 Montauk Hwy. East Moriches, NY 11940 | | | |
| AGENCY/INSTITUTION | | AGENCY/INSTITUTION | |
| East Moriches Elementary School | | | |

RELATIONSHIP:
___ Med. exam/coroner  ___ Physician  ___ Hosp. staff  ___ Law enforcement  ___ Neighbor  ___ Relative  ___ Instit. staff
___ Social services  ___ Public health  ___ Mental health  X School staff  ___ Other (specify)

For use by Physicians only:
MEDICAL DIAGNOSIS ON CHILD  SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD  (AREA CODE) TELEPHONE NO.
Hospitalization required: ☐ None  ☐ Under 1 week  ☐ 1-2 weeks  ☐ Over 2 weeks

Actions taken or About to be taken:  ☐ Medical exam  ☐ X-ray  ☐ Removal/keeping  ☐ Notify medical examiner/coroner
  ☐ Photographs  ☐ Hospitalization  ☐ Returning home  ☐ Notified DA

SIGNATURE OF PERSON MAKING THIS REPORT: X *Jennifer Holborow*
TITLE: 3rd grade teacher
DATE SUBMITTED: 3/15/19

(REV. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A *(IF NEEDED)*

**REPORT OF SUSPECTED
CHILD ABUSE OR MALTREATMENT**

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE 3-13-19 | CASE ID | CALL ID 32448839 |
|---|---|---|
| TIME 5:54 ☐ AM ☒ PM | LOCAL CASE # | LOCAL DIST/AGENCY |

**PERSON MAKING THIS REPORT:** Jennifer Holborow

**Print clearly if filling out hard copy.**

*Continued:* State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem. warm or cold in the garage, he said cold. When asked who put him in the garage, he said mom. Then he said, "I'm not allowed to tell you about this."

*This is not the first time he has mentioned being put in the garage. See my report from February 27 (call Id #32423682), where he told me he was not allowed for "weeks and days" to be in his room because he had a toileting accident. He had to go in the garage "for weeks and days", because he "should have knocked on the door and used his words". This is also not the only time where he told us that he is not allowed to talk about something or cannot answer a questions because he has been told not to tell us.*

*Additionally, Anthony has been refusing to get off the bus each morning since 3/7/19. This new behavior started shortly after the father called the school asking if he could put Anthony in residential care and was told that was unlikely. The child was absent on 3/6/19, because according to the father, he doesn't like school and the school is "not the right fit" for Anthony. When the child was approached by school staff on 3/7/19 to get off the bus, he stated that he is not allowed to get off the bus because his mother (Angela Pollina) told him not to. He said he HAD TO kick and scream and say "You need to call my parents." He also said he was promised Chuck E. Cheese's if he did as he was told. He has refused to get off the bus each day since. He does get off the bus within a few minutes and for the most part, has a good day for the rest of the day.*

(If known, give time/date of alleged incident)

MO 3
DAY 11
YR 19

Time 5:54  ☐ AM  ☒ PM

LDSS-2221A (Rev. 09/2016) FRONT
**NEW YORK STATE**
**OFFICE OF CHILDREN AND FAMILY SERVICES**
**REPORT OF SUSPECTED**
**CHILD ABUSE OR MALTREATMENT**

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| TIME :  ☐ AM ☐ PM | LOCAL CASE # | LOCAL DIST./AGENCY |

## SUBJECTS OF REPORT

List all children in household, adults responsible and alleged subjects.

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Michael | | M | ~40 | wh | ☐ | PA | AS | EN |
| 2. | Pollina | Angela | | F | ~40 | wh | ☐ | PS | AS | EN |
| 3. | Anthony | Valva | | M | /09 | wh | ☐ | Ch | NA | EN |
| 4. | Thomas | Valva | | M | /11 | wh | ☐ | Ch | NO | EN |
| 5. | Andrew | Valva | | M | /13 | wh | ☐ | ch | NO | EN |
| 6. | M | I | | F | /08 | wh | ☐ | ch | NO | EN |
| 7. | D | I | | F | /08 | wh | ☐ | ch | NO | EN |

☐ MORE

List addresses and telephone numbers (using line numbers from above)
① 11 Bittersweet Lane
Center Moriches, NY 11934

(Area code) Telephone No.
(516) 582-3419

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

- ___ DOA/fatality
- ___ Fractures
- ___ Internal injuries (e.g., subdural hematoma)
- ___ Lacerations/bruises/welts
- ___ Burns/scalding
- ___ Excessive corporal punishment
- ___ Child's drug/alcohol use
- ___ Poisoning/noxious substances
- ___ Choking/twisting/shaking
- ___ Lack of medical care
- _3_ Malnutrition/failure to thrive
- ___ Sexual abuse
- ___ Inadequate guardianship
- ___ Other (specify) ___
- ___ Swelling/dislocation/sprains
- _3_ Educational neglect
- _3_ Emotional neglect
- _3_ Inadequate food/clothing/shelter
- _3_ Lack of supervision
- ___ Abandonment
- ___ Parent's drug/alcohol misuse

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO
DAY
YR
Time : ☐ AM ☐ PM

☑ Additional sheet attached with more explanation.
The Mandated Reporter Requests Finding of Investigation ☑ YES ☐ NO

## SOURCE(S) OF REPORT (CONFIDENTIAL)

NAME: Jean Rakowski
(Area Code) TELEPHONE: (631) 878-0162
ADDRESS: 523 Montauk Hwy E. Moriches 11940
AGENCY/INSTITUTION: East Moriches UFSD

RELATIONSHIP:
___ Med. exam/coroner  ___ Physician  ___ Hosp. staff  ___ Law enforcement  ___ Neighbor  ___ Relative  ___ Instit. staff
___ Social services  ___ Public health  ___ Mental health  ✓ School staff  ___ Other (specify)

**For use by Physicians only** — MEDICAL DIAGNOSIS ON CHILD / SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD / (AREA CODE) TELEPHONE NO.
Hospitalization required: ☐ None  ☐ Under 1 week  ☐ 1-2 weeks  ☐ Over 2 weeks

Actions taken or About to be taken:
☐ Medical exam  ☐ X-ray  ☐ Removal/keeping  ☐ Notify medical examiner/coroner
☐ Photographs  ☐ Hospitalization  ☐ Returning home  ☐ Notified DA

SIGNATURE OF PERSON MAKING THIS REPORT: x Jean Rakowski
TITLE: Special Education Teacher
DATE SUBMITTED: 3/15/19



LDSS-2221A (Rev. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A (IF NEEDED)
**REPORT OF SUSPECTED**
**CHILD ABUSE OR MALTREATMENT**

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| TIME  ☐ AM  ☐ PM | LOCAL CASE # | LOCAL DIST/AGENCY |

PERSON MAKING THIS REPORT: Jean Rakowski

Print clearly if filling out hard copy.

Continued: State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO  DAY  YR
Time  :  ☐ AM ☐ PM

- 2/26 - Dad inquired about residential placement
- 2/27 - Anthony stated that he urinated himself bc he was in the garage and was not allowed in his room.
- 3/6 - Mr. Valva called to report Anthony absent bc "He hates school, he's stressed out".
- 3/7 Anthony refused to get off the bus. He stated "I have to kick and scream if you try to take me off the bus" "Mommy will take me to Chuck E Cheese if I don't get off the bus. It's our secret." (He did not kick & scream)
- 3/8 Anthony did kick and scream and refused to get off the bus. When asked "Who told you to kick and scream?", Anthony replied "My parents."
- 3/11 Anthony needed to be coaxed off the bus, saying "Mommy said I can't get off the bus". In class, he stated that he didn't have breakfast bc he was on the mattress." He stated that the mattress was in the garage and that it was cold in the garage. He stated he was alone in the garage, and that Mommy told him to go on the mattress.
- 3/11 - 3/15 - Anthony continues to require coaxing to get off the bus. Once he is in class, he is fine.

LDSS-2221A (Rev. 09/2016) FRONT
**NEW YORK STATE**
**OFFICE OF CHILDREN AND FAMILY SERVICES**
**REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT**

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 3/18/19 | | 32456297 |
| TIME 3:04 ☐AM ☒PM | LOCAL CASE # | LOCAL DIST./AGENCY |

## SUBJECTS OF REPORT

List all children in household, adults responsible and alleged subjects.

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Michael | | m | ~40 | WH | ☐ | PA | AS | EN |
| 2. | Pollina | Angela | | f | ~40 | WH | ☐ | PS | AS | EN |
| 3. | I | M | | f | /08 | WH | ☐ | CH | UK | EN |
| 4. | I | D | | f | /08 | WH | ☐ | CH | UK | EN |
| 5. | Valva | Anthony | | m | /09 | WH | ☐ | CH | MA | EN |
| 6. | Valva | Thomas | | m | /11 | WH | ☐ | CH | UK | EN |
| 7. | Valva | Andrew | | m | /13 | WH | ☐ | CH | UK | EN |

☒ MORE

| List addresses and telephone numbers (using line numbers from above) | (Area code) Telephone No. |
|---|---|
| 11 Bittersweet Lane, Center Moriches NY 11934 | 5165823419 |

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

| | | | |
|---|---|---|---|
| ___ DOA/fatality | ___ Poisoning/noxious substances | ___ Swelling/dislocation/sprains |
| ___ Fractures | ___ Choking/twisting/shaking | 5 Educational neglect |
| ___ Internal injuries (e.g., subdural hematoma) | ___ Lack of medical care | 5 Emotional neglect |
| ___ Lacerations/bruises/welts | ___ Malnutrition/failure to thrive | ___ Inadequate food/clothing/shelter |
| ___ Burns/scalding | ___ Sexual abuse | ___ Lack of supervision |
| ___ Excessive corporal punishment | ___ Inadequate guardianship | ___ Abandonment |
| ___ Child's drug/alcohol use | ___ Other (specify) ___ | ___ Parent's drug/alcohol misuse |

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO 3
DAY 18
YR 19
Time 3:04 ☐ AM ☒ PM

☒ Additional sheet attached with more explanation.   The Mandated Reporter Requests Finding of Investigation   ☒ YES   ☐ NO

## SOURCE(S) OF REPORT

**CONFIDENTIAL** | **CONFIDENTIAL**

| NAME | (Area Code) TELEPHONE | NAME | (Area Code) TELEPHONE |
|---|---|---|---|
| Edward Schneyer | 6318780162 | | |
| **ADDRESS** | | **ADDRESS** | |
| 523 Montauk Hwy, East Moriches NY 11940 | | | |
| **AGENCY/INSTITUTION** | | **AGENCY/INSTITUTION** | |
| East Moriches Elementary School | | | |

**RELATIONSHIP**

___ Med. exam/coroner    ___ Physician    ___ Hosp. staff    ___ Law enforcement    ___ Neighbor    ___ Relative    ___ Instit. staff
___ Social services    ___ Public    ___ Mental health    X School staff    ___ Other (specify)

| For use by Physicians only | MEDICAL DIAGNOSIS ON CHILD | SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD X | (AREA CODE) TELEPHONE NO. ( ) |
|---|---|---|---|
| | Hospitalization required: ☐ None | ☐ Under 1 week   ☐ 1-2 weeks | ☐ Over 2 weeks |

| Actions taken or About to be taken | ☐ Medical exam | ☐ X-ray | ☐ Removal/keeping | ☐ Notify medical examiner/coroner |
|---|---|---|---|---|
| | ☐ Photographs | ☐ Hospitalization | ☐ Returning home | ☐ Notified DA |

| SIGNATURE OF PERSON MAKING THIS REPORT: X | TITLE Principal | DATE SUBMITTED mo. day yr. 3 / 18 / 2019 |
|---|---|---|

LDSS-2221A (Rev. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A *(IF NEEDED)*

# REPORT OF SUSPECTED
# CHILD ABUSE OR MALTREATMENT

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 3/18/19 | | 32456297 |

| TIME | | LOCAL CASE # | LOCAL DIST/AGENCY |
|---|---|---|---|
| 3:04 | ☐ AM ☒ PM | | |

**PERSON MAKING THIS REPORT:** Edward Schneyer

**Print clearly if filling out hard copy.**

*Continued:* State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO 3
DAY 18
YR 2019
Time : ☐ AM ☐ PM

This report is an addition to previous calls (ID 32354875, 32423682).

Michael Valva made a request to change Anthony's placement to a residential school. Our district did not agree and since then, there has been suspsicous behavior by Anthony upon arrival each day. He is refusing to come off of the bus each morning and making statements that his parents are coaching him to do so and that there is a reward at home for that behavior. On 3/6 Mr. Valva agreed to parent training that was offered by the distrit.

3/7
- Anthony statements: "I am not allowed to get off of the bus, Mom and Dad told me that."
- "Mom and dad said I am supposed to kick and scream, and say to call my mom and dad."
- "Mommy and my secret- If I kick and scream she will pick me up to go to Chuck-E-Cheeses."
- After calling Angela Pollina and hearing that he would not be in trouble for going to class he walked to class willingly. Angela said the reward was for the end of the day if he did not have a problem, Michael Valva said it was for the weekend. When asked if the reward occurred, Anthony says he is not allowed to talk about it.

3/8
- After talking with parents about the suspicious statements above, they were not made again by him the following morning. Instead he screamed erratically, "I am not getting off the bus, call my mom and dad. Don't talk to me, I don't want to come to school anymore."
- Anthony reported later in the day that his mom and dad told him not to get off of the bus.

3/12
- Some difficulty getting off of the bus, at his request dad was notified that he was in class and doing well. Dad stated that he was going to pick him up, and was advised that there is no reason to do so, and taking him out of school when he is doing well would be detrimental.

3/15
- Michael Valva emailed the specialist providing parent training that her services will no longer be required.

3/18
- "I don't want to get off the bus, I want to call my mom."
- Why don't you want to go to school? "I don't want to tell about these things."
- Will mom be happy or sad when we call? "Happy." Why? "I don't want to tell you these things."
- "Mom and Dad doesn't want me to go to school."
- "I will be sad, because I don't want to tell you these things."
- Later in the day he said, "I just have to get kicked out of school and mom will send me to a new school. I cant talk about these."

I feel that these statements are evidence that he is being coached to act like this. When the statements are shared with his parents that say it is not true and that he is making up stories.

LDSS-2221A (Rev. 09/2016) FRONT

# NEW YORK STATE
## OFFICE OF CHILDREN AND FAMILY SERVICES
### REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT

**REPORT DATE:** 5/14/19
**CASE ID:** 31557621
**CALL ID:**
**TIME:** 12:31 PM
**LOCAL CASE #:**
**LOCAL DIST./AGENCY:**

## SUBJECTS OF REPORT

List all children in household, adults responsible and alleged subjects.

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ok only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Michael | | m | ~40 | WH | ☐ | PA | AS | EN |
| 2. | Pollina | Angela | | f | ~40 | WH | ☐ | PS | AS | EN |
| 3. | [redacted] | M | | f | /08 | WH | ☐ | CH | UK | EN |
| 4. | [redacted] | D | | f | /08 | WH | ☐ | CH | UK | EN |
| 5. | Valva | Anthony | | m | /09 | WH | ☐ | CH | MA | EN |
| 6. | Valva | Thomas | | m | /11 | WH | ☐ | CH | UK | EN |
| 7. | Valva | Andrew | | m | /13 | WH | ☐ | CH | UK | EN |

☒ MORE

**List addresses and telephone numbers (using line numbers from above)**
11 Bittersweet Lane, Center Moriches NY 11934

**(Area code) Telephone No.** 5165823419

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

- ___ DOA/fatality
- ___ Fractures
- ___ Internal injuries (e.g., subdural hematoma)
- 6  Lacerations/bruises/welts
- ___ Burns/scalding
- ___ Excessive corporal punishment
- ___ Child's drug/alcohol use
- ___ Poisoning/noxious substances
- ___ Choking/twisting/shaking
- ___ Lack of medical care
- ___ Malnutrition/failure to thrive
- ___ Sexual abuse
- ___ Inadequate guardianship
- ___ Other (specify) ___
- ___ Swelling/dislocation/sprains
- ___ Educational neglect
- ___ Emotional neglect
- ___ Inadequate food/clothing/shelter
- ___ Lack of supervision
- ___ Abandonment
- ___ Parent's drug/alcohol misuse

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO 5 DAY 13 YR 2019 Time: ☐ AM ☐ PM

☒ Additional sheet attached with more explanation.

The Mandated Reporter Requests Finding of Investigation ☒ YES ☐ NO

## SOURCE(S) OF REPORT — CONFIDENTIAL

**NAME:** Michelle Cagliaro
**(Area Code) TELEPHONE:** 6318780162
**ADDRESS:** 523 Montauk Hwy, East Moriches NY 11940
**AGENCY/INSTITUTION:** East Moriches Elementary School

## RELATIONSHIP

___ Med. exam/coroner  ___ Physician  ___ Hosp. staff  ___ Law enforcement  ___ Neighbor  ___ Relative  ___ Instit. staff
___ Social services  ___ Public  ___ Mental health  X School staff  ___ Other (specify)

**For use by Physicians only:** MEDICAL DIAGNOSIS ON CHILD / SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD / (AREA CODE) TELEPHONE NO.
Hospitalization required: ☐ Yes ☐ None   ☐ Under week ☐ 1-2 weeks ☐ Over 2 weeks

**Actions taken or about to be taken:** ☐ Medical exam ☐ X-ray ☐ Removal/keeping ☐ Notify medical examiner/coroner
☐ Photographs ☐ Hospitalization ☐ Returning home ☐ Notified DA

**SIGNATURE OF PERSON MAKING THIS REPORT:** X Michelle Cagliaro
**TITLE:** Teacher
**DATE SUBMITTED mo, day, yr:** 5/15/19

LDSS-2221A (Rev. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A (IF NEEDED)

# REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 5/14/19 | 3255762 | |

| TIME | LOCAL CASE # | LOCAL DIST/AGENCY |
|---|---|---|
| 12:31 ☐AM ☐PM | | |

**PERSON MAKING THIS REPORT:** Michelle Cagliano

Print clearly if filling out hard copy.

**Continued:** State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

See attached

(If known, give time/date of alleged incident)
MO
DAY
YR
Time  :  ☐AM ☐PM

On Monday, May 13th at approximately 9:15 am, Thomas arrived to my classroom. Upon greeting him at the door, I noticed a raised, bruised bump on the upper part of his forehead on the right-hand side.

I asked Thomas what happened, and he said, "Maybe someone threw a backpack at me." I asked Thomas who threw the backpack at him, and he replied he didn't know. Upon pressing him for information, he admitted that, "Dad threw the backpack at me." I asked him what had happened that the backpack was thrown at him and he said, "I don't know, maybe I didn't do my responsibilities." I sent Thomas to the nurse for ice, at which point Thomas repeated the same story to the nurse. A phone call went home to dad by the nurse, and dad stated that Thomas' brother threw the backpack at him.

I re-questioned Thomas again at the end of the day in order to ensure that his story was consistent, and he repeated the same information. Dad threw the backpack at him.

The following morning, I received an email from Mr. Valva (see below).

Michael V <majorkin66@yahoo.com>

Tue 5/14/2019 8:51 AM

Good morning

I hope you had a great Mother's Day. I have a quick question for you. This morning I went in. Thomas's backpack I saw a plant in there. The reason I empty out is because we're his backpack was I saw bugs and ants so I opened it I was shocked to see a plant not sure where it came from I do know there was a plant sale. He's telling me Stacy Bartholomew gave him a plant for free. Could you please enlighten me and let me know if this is true. I'm available anytime today if you'd like to call me to discuss.

I followed up with a phone call to Mr. Valva to discuss the plant in the backpack. I explained that there was a substitute teacher in the classroom on Friday, the day of the plant sale, and I wasn't sure how he received a plant but I would try to find out if I saw the sub at school.

At approximately 10:00 on May 14th, Thomas approached me and said his hand really hurt. I looked at it and didn't see any visible injuries. I asked him why he thought it hurt, and he stated, "I don't know maybe someone squeezed it." I asked him who squeezed it and he said, "Maybe dad squeezed it." I asked him why and he said, "Because I peed." I asked Thomas when this happened and his said this morning. I asked Thomas if he needed to see the nurse, but he declined.

At 12:31pm on 5/14/19 I placed the call to CPS to report this information.

LDSS-2221A (Rev. 09/2016) FRONT

**NEW YORK STATE**
**OFFICE OF CHILDREN AND FAMILY SERVICES**
**REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT**

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 6/7/19 | | 32601146 |

| TIME | ☒ AM ☐ PM | LOCAL CASE # | LOCAL DIST./AGENCY |
|---|---|---|---|
| 11:48 | | | |

## SUBJECTS OF REPORT

List all children in household, adults responsible and alleged subjects.

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Michael | | m | ~40 | WH | ☐ | PA | AS | EN |
| 2. | Pollina | Angela | | f | ~40 | WH | ☐ | PS | AS | EN |
| 3. | I | M | | f | /08 | WH | ☐ | CH | UK | EN |
| 4. | I | D | | f | /08 | WH | ☐ | CH | UK | EN |
| 5. | Valva | Anthony | | m | /09 | WH | ☐ | CH | MA | EN |
| 6. | Valva | Thomas | | m | /11 | WH | ☐ | CH | UK | EN |
| 7. | Valva | Andrew | | m | /13 | WH | ☐ | CH | UK | EN |

☒ MORE

| List addresses and telephone numbers (using line numbers from above) | (Area code) Telephone No. |
|---|---|
| 11 Bittersweet Lane, Center Moriches NY 11934 | 5165823419 |

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

| | | |
|---|---|---|
| ___ DOA/fatality | ___ Poisoning/noxious substances | 5 Swelling/dislocation/sprains |
| ___ Fractures | ___ Choking/twisting/shaking | ___ Educational neglect |
| ___ Internal injuries (e.g., subdural hematoma) | ___ Lack of medical care | ___ Emotional neglect |
| 5 Lacerations/bruises/welts | ___ Malnutrition/failure to thrive | ___ Inadequate food/clothing/shelter |
| ___ Burns/scalding | ___ Sexual abuse | ___ Lack of supervision |
| ___ Excessive corporal punishment | 5 Inadequate guardianship | ___ Abandonment |
| ___ Child's drug/alcohol use | ___ Other (specify) ___ | ___ Parent's drug/alcohol misuse |

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO 6
DAY 07
YR 19
Time 11:48 ☒ AM ☒ PM

☒ Additional sheet attached with more explanation.   The Mandated Reporter Requests Finding of Investigation   ☒ YES   ☐ NO

## CONFIDENTIAL — SOURCE(S) OF REPORT — CONFIDENTIAL

| NAME | (Area Code) TELEPHONE | NAME | (Area Code) TELEPHONE |
|---|---|---|---|
| Jennifer Holborrow | 6318780162 | | |
| ADDRESS | | ADDRESS | |
| 523 Montauk Hwy, East Moriches NY 11940 | | | |
| AGENCY/INSTITUTION | | AGENCY/INSTITUTION | |
| East Moriches Elementary School | | | |

**RELATIONSHIP**

___ Med. exam/coroner   ___ Physician   ___ Hosp. staff   ___ Law enforcement   ___ Neighbor   ___ Relative   ___ Instit. staff
___ Social services   ___ Public   ___ Mental health   X School staff   ___ Other (specify)

| For use by Physicians only | MEDICAL DIAGNOSIS ON CHILD | SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD X | (AREA CODE) TELEPHONE NO. ( ) |
|---|---|---|---|
| | Hospitalization required: ☐ None | ☐ Under 1 week   ☐ 1-2 weeks | ☐ Over 2 weeks |

| Actions taken or About to be taken | ☐ Medical exam   ☐ X-ray | ☐ Removal/keeping | ☐ Notify medical examiner/coroner |
|---|---|---|---|
| | ☐ Photographs   ☐ Hospitalization | ☐ Returning home | ☐ Notified DA |

| SIGNATURE OF PERSON MAKING THIS REPORT: X  J Holboro (signed) | TITLE Teacher  3rd Grade Teacher | DATE SUBMITTED mo. day yr. 6/14/2019 |
|---|---|---|

2221A (Rev. 08/2016) ATTACHMENT

STAPLE TO LDSS-2221A *(IF NEEDED)*

# REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 6/7/19 | | 32601146 |

| TIME | ☒ AM | LOCAL CASE # | LOCAL DIST/AGENCY |
|---|---|---|---|
| 11:48 | ☒ PM | | |

**PERSON MAKING THIS REPORT:** Jenna Holborow /

**Print clearly if filling out hard copy.**

*Continued:* State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

On June 7, 2019, Anthony arrived at school and tried to sneak past me to get into the classroom. When I stopped him to say "Good morning", I noticed that his nose had several bright red abraisions, caked blood in both nostrils and was starting to swell at the bridge. When I asked him what happened to his face, he replied in a robotic, "My nose is just fine." three times in a row. My co teacher approached and asked him again, and he repeated that his nose was just fine. When she suggested going to the nurse, he screamed that he was not going and ran into the classroom. We informed the principal, Ed Schneyer and he requested that we call the parents and find out what had happened. Mrs. Rakowski called Mr. Valva's cell, and Mr. Valva reported that Anthony had woken up with a bloody nose that morning. When she asked about the abraisions, he repeated that Anthony had woken with a bloody nose and evaded any further details. Mrs. Rakowski could hear Mrs. Pollina in the background also asserting Anthony had woken up like that. When asked if they would let Anthony know it was ok to go to the nurse to get it cleaned up, Ms. Pollina got on the phone with Anthony. She told him to go to the bathroom and clean it himself, and if it kept bleeding he could go to the nurse. As the morning went on, the nose continued to swell, bleed and started to turn black and blue. We also noticed faint red line marks on the back side of both wrists, more pronounced on the right. I called both Anthony's caseworker and the Hotline #, and the caseworker came to see Anthony at 3:20 p.m. Dismissal is at 3:25.

(If known, give time/date of alleged Incident)
MO 6
DAY 7
YR 2019

Time 11:48   ☒ AM   ☐ PM

LDSS-2221A (Rev. 09/2016) FRONT
**NEW YORK STATE**
**OFFICE OF CHILDREN AND FAMILY SERVICES**
**REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT**

REPORT DATE: 11 / 19 / 2019
TIME: 3:48 ☒ PM
CASE ID:
LOCAL CASE #:
CALL ID: 32848956
LOCAL DIST./AGENCY:

## SUBJECTS OF REPORT

| Line # | Last name | First name | Aliases | Sex (m, f, unk) | Birthday or Age mo/day/yr | Race code | Ethnicity (Ck only if hispanic/latino) | Relation code | Role code | Lang. code |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Valva | Anthony | | m | 07/1/2009 | WH | ☐ | CH | AB | EN |
| 2. | Valva | Thomas | | m | | WH | ☐ | CH | AB | EN |
| 3. | Valva | Andrew | | m | | WH | ☐ | CH | NO | EN |
| 4. | Valva | Michael | | m | | WH | ☐ | CH | AS | EN |
| 5. | Polina | Angela | | f | | WH | ☐ | CH | AS | EN |
| 6. | C | G | | f | | WH | ☐ | CH | NO | EN |
| 7. | I | M | | f | | WH | ☐ | CH | NO | EN |

☒ MORE

List addresses and telephone numbers (using line numbers from above):
11 Bittersweet Lane Center Moriches, New York 11934
(Area code) Telephone No. (516) 582 - 3419

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

| | | |
|---|---|---|
| ___ DOA/fatality | ___ Poisoning/noxious substances | ___ Swelling/dislocation/sprains |
| ___ Fractures | ___ Choking/twisting/shaking | ___ Educational neglect |
| ___ Internal injuries (e.g., subdural hematoma) | ___ Lack of medical care | ___ Emotional neglect |
| 1,2 Lacerations/bruises/welts | 1,2 Malnutrition/failure to thrive | 1,2 Inadequate food/clothing/shelter |
| ___ Burns/scalding | ___ Sexual abuse | ___ Lack of supervision |
| ___ Excessive corporal punishment | ___ Inadequate guardianship | ___ Abandonment |
| ___ Child's drug/alcohol use | ___ Other (specify) | ___ Parent's drug/alcohol misuse |
| ___ Sex Trafficking | | |

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO ___ DAY ___ YR ___ Time : ___ ☐ AM ☐ PM

☒ Additional sheet attached with more explanation.   The Mandated Reporter Requests Finding of Investigation   ☒ Yes   ☐ No

### CONFIDENTIAL — SOURCE(S) OF REPORT — CONFIDENTIAL

| NAME | (Area Code) TELEPHONE No. | NAME | (Area Code) TELEPHONE No. |
|---|---|---|---|
| Kelli Wilson | (631) 878 - 0162 | Katelyn Boyle | (631) 878 - 0162 |
| ADDRESS | | ADDRESS | |
| 523 Montauk Highway East Moriches, New York 11940 | | 523 Montauk Highway East Moriches, New York 11940 | |
| AGENCY/INSTITUTION | | AGENCY/INSTITUTION | |
| East Moriches Elementary School | | East Moriches Elementary School | |

RELATIONSHIP

___ Med. exam/coroner   ___ Physician   ___ Hosp. staff   ___ Law enforcement   ___ Neighbor   ___ Relative   ___ Instit. staff

___ Social services   ___ Public health   ___ Mental health   X School staff   ___ Other (specify) _____

**For use by Physicians only**
MEDICAL DIAGNOSIS ON CHILD:
SIGNATURE OF PHYSICIAN WHO EXAMINED/TREATED CHILD: X
(AREA CODE) TELEPHONE NO.: ( )
Hospitalization required: ☐ None   ☐ Under 1 week   ☐ 1-2 weeks   ☐ Over 2 weeks

Actions taken or About to be taken:
☐ Medical exam   ☐ X-ray   ☐ Removal/keeping   ☐ Notify medical examiner/coroner
☐ Photographs   ☐ Hospitalization   ☐ Returning home   ☐ Notified DA

SIGNATURE OF PERSON MAKING THIS REPORT: X
TITLE: Teacher
DATE SUBMITTED mo, day, yr: 11 / 19 / 19

LDSS-2221A (Rev. 09/2016) ATTACHMENT

STAPLE TO LDSS-2221A *(IF NEEDED)*

# REPORT OF SUSPECTED CHILD ABUSE OR MALTREATMENT

(Use only if the space on the LDSS-2221A under "Reasons for Suspicion" is not enough to accommodate your information)

| REPORT DATE | CASE ID | CALL ID |
|---|---|---|
| 11 / 18 / 2019 | | 32848956 |
| TIME 3:48 ☐ AM ☒ PM | LOCAL CASE # | LOCAL DIST/AGENCY |

**PERSON MAKING THIS REPORT:** Kelli Wilson & Katelyn Boyle

**Print clearly if filling out hard copy.**

*Continued:* State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem. In the past CPS has been called numerous times regarding Michael Valva and Angelina Polina regarding the concern for Anthony & Thomas' care and overall well-being. The boys now in grade 3 (Thomas) and grade 4 (Anthony) both have IEPs and both receive special educational services. The boys arrived at school on Monday, November 19th and it was observeed by their classroom teachers that the boys had visible lacerations on their faces. Anthony had a cut next to his eye, and a bruise on the tip of his ear. Thomas had a laceration on his forehead. Anthony was asked about the cut on his face to which he replied "I was playing football with my brother. I was hurt playing football with my brother." At school, the two boys do not acknowledge each other when passing in the hallway or at any other time during the day. The two do not play together at school. The fact that the boys were playing together was not the norm. Thomas was then questioned regarding the cuts on their faces. He answered by saying "we were playing too rough and we got what we deserved, we were hurt playing football on the grass." An e-mail was sent to Mr. Valva from Thomas' teacher, Mrs. Wilson to ask about the injuries. Mr. Valva responded saying that "the boys were playing tackle football and it got too rough." The school principal followed up with a phone call regarding behaviors and inquired about the boys' faces. Mr. Valva responded and said, "the boys were playing on concrete and got hurt." The setting of the story changed multiple times, and the boys were visibly uncomfortable when speaking about how their faces were hurt. Malnutrition is also a concern of the classroom teachers. The boys come to school with varying numbers of snacks, from 2-3 per day. They are both always asking for more food, trying to sneak food, hide food, and eat every last crumb and morsel of food given to them. They are clearly very frail and fragile and much smaller in comparison to their younger brother in first grade, and their live-in sister Gia in second grade. When checked daily, the boys' lunchboxes contain different amounts of snacks than their younger brother Andrew Valva or live-in sister Gia Cali. The children are treated differently and are given different amounts of food than the other children in the home. An e-mail regarding the CPS visit to the Valva home is attached to this narrative, from Mr. Valva to the school district.

(If known, give time/date of alleged incident)
MO
DAY
YR
Time    :    ☐ AM ☐ PM



