

# Orsetti & Curti, PLLC
Attorneys and Counselors at Law

July 7, 2017

Re: Michael Valva

Dear Sir/Madam:

Please be advised that Michael Valva is in the middle of divorce proceedings and the home at 350 N. Corona Avenue, Valley Stream will be subject of equitable distribution in the aforementioned proceedings. Upon closing of his new primary house at 11 Bittersweet Lane Center Moriches, NY 11934 – Mr. Valva will list his Corona, NY property for sale immediately after closing of his new primary home.

Based off of the current situation, Mr. Valva will be receiving close to 100% custody of his 3 children. She might be entitled to supervised visits. His 3 kids will be living with him at 11 Bittersweet Lane, Center Moriches NY 11934.

On information and belief Mr. Valva will be residing at 11 Bittersweet Lane Center Moriches, NY 11934. This home will be is ONLY primary house.

If you have any other further questions please feel free to contact me.

Very truly yours,
Orsetti & Curti, PLLC

Shana L. Curti, Esq.
scurti@oclawny.com

SLC/gp

7/11/2018 AOL Mail (6)
Case 2:20-cv-02663-ERK-ARL Document 64-6 Filed 06/17/21 Page 2 of 3 PageID #: 1653
Case 2:20-cv-02665-JMA-ST Document 14 Filed 06/16/20 Page 2 of 3 PageID #: 211



7/11/2018 AOL Mail (6)

Case 2:20-cv-02663-ERK-ARL Document 64-6 Filed 06/17/21 Page 3 of 3 PageID #: 1654
Case 2:20-cv-02665-JMA-ST Document 14 Filed 06/16/20 Page 3 of 3 PageID #: 212

Get breaking news and all your emails instantly. Make AOL your homepage now. Get Started

## Re: Valva 68627NYR

**JUSTYNA Zubko (justynazub@aol.com)**

To: smcmullen   Details

Dear Shannon,

Thank you so much for the letter that you forwarded to me. My husband planned to take everything away from me: my ch[ildren], my job, and in order to fulfill his vicious plans of completely destroying me, he filed false allegations against me with Chil[d ...] to help him achieve his goal. For the past few years, my life is complete nightmare, but I strongly believe that God will he[lp] this difficult situation because He is above everyone.

Thank you so much and God Bless You,

Justyna.

-----Original Message-----
From: Shannon McMullen <smcmullen@unitedmortgage.com>
To: justynazub@aol.com <justynazub@aol.com>
Sent: Wed, Jul 11, 2018 5:53 pm
Subject: Valva 68627NYR

Hi Justyna,

Please see attached.