Justyna Zubko-Valva
350 North Corona Ave, Apt. 25
Valley Stream, NY 11580
justynazub@aol.com

Judge Edward R. Korman
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

September 29, 2023

RE: <u>Zubko-Valva v. County of Suffolk, et al.</u>
<u>Docket No.: 20 Civ. 02663 (ERK) (ARL)</u>

Dear Judge Korman,

I, Justyna Zubko-Valva, am Plaintiff in the above referenced civil rights action. In response to recent filing dated 09/23/2023 conducted by my attorney of record Jon Norinsberg, Esq. and co-counsel not of record Jin Young Han, Esq., I am respectfully requesting a permission from this Honorable Court to provide my own written response to the aforementioned filing pertaining to my attorneys' request to withdraw their legal representation in this Court matter.

I was provided by my attorney Jon Norinsberg via email with a copy of 2-page letter to the Court requesting permission to withdraw as Plaintiffs' counsel in this matter, despite the fact that my attorney mistakenly claimed that his filing is considered as motion to withdraw. Standard motion practice will allow me to submit my own opposition papers in regards to my attorney's request, but in this case, only 2-page letter was filed by my attorneys, without providing to this Honorable Court a detailed explanation of the existing situation, as well as clear presentation of all facts, circumstances, and evidence that should be known to this Honorable Court before decision is rendered.

I also would like to respectfully request further Court's guidance addressing the legal paperwork filing, as it became highly concerning to me the fact that I was not even served with recently filed Court's paperwork by my attorney. Specifically, the recent filings and Orders on motion dated 09/25/2023 and 09/27/2023 were not served upon me by my attorney, despite the fact that both filings are related to my attorney's request to withdraw. Unfortunately, this concerning situation places me in extreme disadvantage to receive justice, as well as harms my legal right for duo process of law. I would like to receive all currently filed as well as future Court's paperwork in this Court matter.

I thank this Honorable Court for its consideration of my requests.

Respectfully submitted,

*[signature]*
Justyna Zubko-Valva