# COUNTY OF SUFFOLK



**EDWARD J. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**                                                **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

March 4, 2026

Hon. Brian M. Cogan, U.S.D.J.
United States District Court—EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Zubko-Valva, et al. v. The County of Suffolk, et al.*
           Docket 20-cv-02663(ERK)(ARL)

Dear Judge Cogan:

I am an Assistant County Attorney for Suffolk County and have recently been assigned to represent the defendants County of Suffolk, Michele Clark, Melisa Estrada, Edward Heepe, Jennifer Lantz, Robert Leto, Jean Montague and Lydia Sabosto in the above-captioned matter. This case was formerly assigned to Assistant County Attorney Callan W. Tauster, who is no longer with our Office. On behalf of Defendants, the undersigned respectfully requests that Ms. Tauster be removed from the docket and all future notices.

We thank the Court for its attention to this matter.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Susan A. Flynn*
By: Susan A. Flynn
      Assistant County Attorney

**LOCATION**                      **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**           **P.O. BOX 6100**                     **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**   ♦   **HAUPPAUGE, NY  11788-0099**   ♦   **TELECOPIER (631) 853-5169**