Case 2:20-cv-02663-BMC-ARL    Document 188    Filed 03/06/26    Page 1 of 2 PageID #: 3745

CHAMBERS OF MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

MID-ISLAND NY 117

17 FEB 2026 PM 7 L

FIRST-CLASS MAIL
IMI
$000.74
02/13/2026   ZIP 11201
043M32206494

US POSTAGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 03 2026   ★

BROOKLYN OFFICE

Justyna Zubko-Valva
350 North Corona Ave, Apt. 25
Valley Stream, NY 11580

NIXIE        100    FE 1        0002/24/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF      BC: 11201189899     *2502-07901-18-00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

MARGO K. BRODIE
Chief United States District Judge

February 13, 2026

Justyna Zubko-Valva
350 North Corona Ave, Apt. 25
Valley Stream, NY 11580
justynazub@aol.com; legalfed@protonmail.com

Re: Activity in *Zubko-Valva et al. v. The County of Suffolk et al.*, No. 20-CV-2663

Dear Ms. Zubko-Valva:

I received your email dated February 10, 2026, in the matter of *Zubko-Valva et al. v. The County of Suffolk et al.*, No. 20-CV-2663.

As Chief Judge, I do not have the authority to make rulings or otherwise take action in a case that is not assigned to me. Any further applications that you wish to make should be directed to Judge Korman or Judge Lindsay. A copy of this letter, with enclosures, has been forwarded to Judge Korman and Judge Lindsay.

Sincerely,

Margo K. Brodie
Chief United States District Judge

cc:    Hon. Edward R. Korman, U.S.D.J.
       Hon. Arlene R. Lindsay, U.S.M.J