

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

**JONATHAN B. BRUNO**
PARTNER
(212) 455-9554
jonathan.bruno@rivkin.com

March 10, 2026

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *Zubko-Valva v. County of Suffolk et al*
           Case No.: 20-CV-2663 BMC-ARL
           <u>RR File No.:  5740-235</u>

Dear Judge Cogan:

      My firm represents Defendants Legal Aid Society of Suffolk County, Inc. and Ethan Halpern in the above-mentioned matter. I am writing to request clarification of your honor's scheduling order dated March 4th and the corrected scheduling order dated March 5th.  I assume, but may be mistaken, that counsel for the defendants are also required to attend the in-person hearing on April 23rd at 1:00pm. If so, I am writing to request an adjournment of the conference as I will be out of state for work from April 22nd through April 24th. Thank you.

                Very truly yours,

                RIVKIN RADLER LLP

                Jonathan B. Bruno

cc:  Counsel of Record (via ECF)
4903-3613-1734, v. 1

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333