# EXHIBIT A

Case 2:20-cv-02663-BMC-ARL   Document 203-1   Filed 07/11/26   Page 1 of 5 PageID #: 4178

## REVISED GENERAL RELEASE

**TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT**:

Justyna Zubko-Valva, individually and as Mother and Natural Guardian of Anthony Valva and Andrew Valva, and as Administratrix of the Estate of Thomas Valva (collectively, "RELEASORS"), in consideration of the total sum of Nine Million Dollars and Zero Cents ($9,000,000.00), with Seven Million Four Hundred Twenty Thousand Dollars ($7,420,000.00) received from the COUNTY OF SUFFOLK  One Million Three Hundred Thousand Dollars ($1,300,000.00) received from LEGAL AID SOCIETY OF SUFFOLK COUNTY, INC. and Ethan Halpern, Esq., Two Hundred Fifty Thousand Dollars ($250,000.00) received from EAST MORICHES UNION FREE SCHOOL DISTRICT, PRINCIPAL EDWARD SCHNEYER, SUPERINTENDENT CHARLES RUSSO, and Thirty Thousand Dollars ($30,000.00) received from DONNA MCCABE, ESQ. and LAW OFFICE OF DONNA MCCABE (collectively, the "Settlement Amount"); the receipt and adequacy whereof is hereby acknowledged, hereby releases and forever discharges Defendants: County of Suffolk, Senior Caseworker Michele Clark, CPS Investigator Melissa Estrada, Supervisor Edward Heepe, CPS Investigator Jennifer Lantz, Assistant Director Robert Leto, Jean Montague, and Lydia Sabosto, and their insurer Argonaut Insurance Group; Legal Aid Society of Suffolk County, Inc., Ethan Halpern, Esq., and their insurer AIX Specialty Insurance Company; Donna McCabe, Esq. and Law Office of Donna McCabe; East Moriches Union Free School District, Principal Edward Schneyer, Superintendent Charles Russo, and their insurers New York Schools Insurance Reciprocal and Utica National Insurance Company, as well as their heirs, executors, administrators, successors, agents, attorneys, insurers, excess insurers, servants, past and present employees, officials, and assigns in both their individual and official capacities (collectively hereinafter, "RELEASEES"), from any

and all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law or in equity, which against the RELEASEES, the RELEASORS, their heirs, executors, administrators, successors and assigns ever had, now have or may have had, whether known or unknown to RELEASORS at any time on or before the date of the execution of this GENERAL RELEASE, including but not limited to the claims which were raised or any claims which could have been raised by RELEASORS against RELEASEES in the action entitled Zubko-Valva et al. v. County of Suffolk et al., United States District Court, Eastern District of New York, Docket No. 2:20-CV-2663 (BMC/ARL) (the "Action"), including claims for attorney's fees under 42 U.S.C. § 1988.

**IT IS EXPRESSLY AGREED AND UNDERSTOOD** that all claims in the Action against the RELEASEES are disputed and that this settlement is not an admission of wrongdoing whatsoever by any RELEASEE. In addition, the disposition of the Action and/or the Settlement Amount paid to RELEASORS as consideration for this GENERAL RELEASE are not evidence of nor an admission of any wrongdoing whatsoever by any RELEASEE.

**IT IS FURTHER EXPRESSLY AGREED AND UNDERSTOOD** that the manner in which attorney's fees are allocated between RELEASORS and their attorneys shall be determined solely between them and/or by the Court's Order approving the settlement, and in no way effects the validity of this GENERAL RELEASE, even in the event RELEASORS and their attorneys are unable to reach an agreement as to the appropriate allocation of the consideration paid hereunder.

**TAX OBLIGATIONS**

Releasors acknowledge that they are solely responsible for the payment of any and all taxes on the portion of the Settlement Amount they actually receive. Releasors agree to satisfy any tax obligations from the Settlement Amount they receive. Releasors shall not be required to indemnify, defend, or hold harmless Releasees for any taxes, interest, or penalties assessed by the Internal Revenue Service, the State of New York, or any other taxing authority in connection with the SETTLEMENT AMOUNT or this Agreement, except to the extent such taxes, interest, or penalties result directly from Releasors' own failure to report or pay taxes on amounts they actually received and retained.

**LIENS AND JUDGMENTS**

Releasors shall have the sole responsibility to satisfy any and all liens or judgments asserted against the SETTLEMENT AMOUNT. To RELEASORS' knowledge, they are not a Medicare or Medicaid beneficiary and were not enrolled at the time of any released occurrence, injury, illness, disease, loss, claim, demand, or damages alleged in the Action. To RELEASORS' knowledge, no Medicare or Medicaid payments have been made to or on behalf of RELEASEES relating to the claims asserted in the Action and no liens, claims, demands, subrogated interests, or causes of action of any nature or character exist or have been asserted by Medicare or Medicaid against the Settlement Amount. RELEASORS hereby agree to defend, indemnify, and holds harmless the RELEASEES against any and all liens, claims, or actions of any kind or nature whatsoever which may be asserted against the Settlement Amount.

**CONDITION PRECEDENT**

3

This General Release shall become effective only upon (a) entry of a final Order by the United States District Court approving the settlement and infant compromise, and (b) receipt by Releasors of the full SETTLEMENT AMOUNT in accordance with that Order.

This GENERAL RELEASE may not be changed orally.

**IN WITNESS WHEREOF**, Justyna Zubko-Valva, individually and as Mother and Natural Guardian of Anthony Valva and Andrew Valva, and as Administratrix of the Estate of Thomas Valva, has hereunto set her hand on the __27__ day of 2026.

> Justyna Zubko-Valva, individually and as Mother and Natural Guardian of Anthony Valva and Andrew Valva, and as Administratrix of the Estate of Thomas Valva

IN PRESENCE OF AND AGREED:

> Thomas E. Bosworth, Esq.
> Attorney for Plaintiff

STATE OF NEW YORK    )
                      )ss.:
COUNTY OF __Bronx__   )

On the __27__ day of __June__, 2026 before me personally came to me known, and known to me to be the individual described in, and who executed the foregoing GENERAL RELEASE, and duly acknowledged to me that he executed the same.

Steven Frasier
Notary Public, State of New York

> STEVEN FRASIER
> Notary Public - State of New York
> NO. 01FR0014866
> Qualified in Bronx County
> My Commission Expires Oct 25, 2027

This notarial act was completed as an online notarization via two-way audio/video technology

4