# BOSWORTH & ASSOCIATES

123 So. Broad Street, Suite 1620
Philadelphia, PA 19109
*(267) 928-4183*
*(215) 689-2899 [Fax]*
*www.bosworthfirm.com*

THOMAS E. BOSWORTH                                                          tom@bosworthfirm.com

July 27, 2026

The Honorable Brian M. Cogan                        SO ORDERED: 7/27/26
UNITED STATES DISTRICT COURT FOR THE
 EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East                               _____Brian M. Cogan_____
Brooklyn, NY 11201                                            USDJ

      **Re:**    ***Zubko-Valva v. County of Suffolk et al.***
          ***U.S.D.C., Eastern District of NY; Case No.* 2:20-cv-02663**

Dear Judge Cogan:

      Pursuant to Your Honor's directive at the hearing on July 22, 2026 and Your Honor's Minute Entry and Order entered July 23, 2026, counsel for Plaintiff's former counsel and I have conferred, and we propose the following briefing schedule to resolve the fee dispute:

      **August 7, 2026:** Plaintiff's Counsel's Motion to Cancel/Disallow a Lien due.

      **August 31, 2026:** Former Plaintiff's Counsel's Opposition to Plaintiff's Counsel's Motion to Cancel/Disallow a Lien and Former Plaintiff's Counsel's Cross-Motion to Enforce Lien due.

      **September 7, 2026:** Plaintiff's Counsel's Reply in Support of the Motion to Cancel/Disallow a Lien and Response in Opposition to Former Counsel's Cross-Motion to Enforce Lien due.

      **September 14, 2026:** Former Plaintiff's Counsel's Reply in Support of Cross-Motion to Enforce Lien due.

                        Respectfully,

                        Thomas E. Bosworth

TEB/cjw

cc      All Counsel [via electronic filing]